## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CAMPBELL et al.,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>LAMBRIGHT PEST CONTROL SERVICE, INC. et al.,<br><br>　　*Defendants*. | Civil Action No. 23-1132 (TJK) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held today, August 23, 2023, and the parties' Joint Report submitted under Fed. R. Civ. P. 26(f) and LCvR 16.3 (ECF No. 6), the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties shall serve their Fed. R. Civ. P. 26(a)(1) initial disclosures by August 22, 2023;

2. The parties shall file any motions to join additional parties or to amend the pleadings by December 4, 2023;

3. Discovery shall close on January 23, 2024; and

4. A post-discovery status conference is scheduled for January 30, 2024, at 2:00 p.m., via teleconference, in advance of which the parties shall confer to discuss a joint proposed summary-judgment briefing schedule and the possibility of mediating the case. The parties shall contact the Courtroom Deputy at (202) 354-3495 at least one business day before the hearing to make arrangements to participate.

2

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: August 23, 2023