# Exhibit 1

## Parties' Contract for Services

P.O. Box 596
Upper Marlboro, MD 20773
**1-877-774-2196**
Poison Control Center 1-800-222-1222
www.lambrightpestcontrol.com

Lambright Pest Control Services Inc.

T·A·P™ PEST CONTROL INSULATION

SC Lic. # B0002581 • MDA Lic. # 26455 • DC Lic. # 10187 • VA Lic. # 6297

## Insulation Removal & Installation Agreement

Customer Name Liza Zand Date 12-18-2020
Address 1338 L St SE City Washington State DC Zip 20003
Home Phone 443-743-5528 Business Phone Fax
Email

Insulation that is damaged or infested with animal feces, urine, and other debris may need to be removed to effectively reduce the risks of odors, disease, and possible staining. In some cases only certain areas of damaged insulation need to be removed, while others require total removal. Lambright Pest Control Services, Inc. has the equipment to offer safe removal of damaged insulation, animal droppings, and related debris. Lambright Pest Control Services, Inc. can also install TAP® Pest Control Insulation or Comforttherm that is safe for the environment, while adding high thermal values and pest controlling properties. Customer understands that removal of old or contaminated insulation is necessary to reduce disease, odors, staining, and other problems associated with animals, animal wastes, and related debris in attic spaces. Lambright Pest Control Services, Inc. shall remove damaged insulation and/or install TAP® Pest Control Insulation or Comforttherm in customer's structure as specified:

**TERMS:** For the service provided under this Agreement, the customer agrees to pay Lambright Pest Control Services, Inc. the below amount at the time service is completed. Failure to pay by such time constitutes default and entitles Lambright Pest Control Services, Inc. to begin collection proceedings. Customer agrees to pay all collection fees included in any collection proceedings, including court costs and attorney fees.

**WARRANTY:** Lambright Pest Control Services, Inc. is not the manufacturer of TAP® Insulation or Comforttherm. The company shall provide a manufacturer's warranty to the customer. Customer acknowledges that Lambright Pest Control Services, Inc. is providing a service. Lambright Pest Control Services, Inc. makes no warranties with respect to TAP® Insulation or Comforttherm, whether expressed or implied. TAP® Insulation, LLC disclaims any/all liability for consequential, incidental, or other damages associated in the removal or installation service process.

**LIMITATION of LIABILITY:** Customer agrees that if any loss or damage should result from the failure of the insulation product, or from improper design, installation, application or maintenance of the insulation, installers' liability, if any, is expressly subject to the manufacturer's warranty. Liability is limited to a sum not greater than the amount customer paid for the installation service.

**CUSTOMER RESPONSIBILITY:** Customer agrees to allow clear access to a power source or power box inside the home. All heating or cooling units shall be turned off during the removal/installation process. Any items stored in the attic space shall be removed or placed in an area out of the way of service personnel. Items left in the attic should be covered. Some minor dust will be generated near the access into the attic and at the collection bag outside the home. This minor dust is not harmful and Lambright Pest Control Services, Inc. will make reasonable efforts to keep it to a minimum. However, if any member of the home has allergies or breathing problems, they should vacate the premises for at least 12 hours after removal/installation. On larger homes, customer must allow up to a full day to remove contaminated insulation and a full day to install new insulation.

**CANCELLATION:** Customer may cancel the agreement at any time before midnight of the third business day of ______________________________.

**FEES:** Customer agrees to the below charges for removal of contaminated insulation and/or the installation of TAP® Pest Control Insulation or Comforttherm.

| | |
|---|---|
| REMOVAL OF OLD OR DAMAGED INSULATION | $ 3320.00 |
| INSTALLATION OF TAP® PEST CONTROL INSULATION OR COMFORTTHERM | $ |
| OTHER FEES (BAFFLES, KNEEWALLS, BLOCKING, ETC) | $ |
| TOTAL | $ 3320.00 |

[signature]
Inspector's Signature 12-18-2020
Date

Customer's Signature
Date



Reorder Product # LAM109 from • 1-800-252-4011 • © Copyright, CROWNMAX

P.O. Box 596
Upper Marlboro, MD 20773
**1-877-774-2196**
Poison Control Center 1-800-222-1222
www.lambrightpestcontrol.com

Lambright Pest Control Services Inc.

T·A·P™ PEST CONTROL INSULATION

SC Lic. # B0002581 • MDA Lic. # 26455 • DC Lic. # 10187 • VA Lic. # 6297

## Insulation Inspection Report

Owner's Name: Liza Zand Occupant: ______ Date: 12-18-2020

Treating Address: 1338 L St SE City: Washington State: DC Zip: 20003

Home Phone: 443-743-5528 Business Phone: ______ Inspected By: Tyrone




**CHECK APPLICABLE SERVICE:** [x] INSTALLATION REMOVAL **LOCATION:** [x] ATTIC [ ] CRAWL SPACE [ ] WALLS [ ] SUBFLOOR

**ACCESS INSULATED:** [ ] YES [x] NO (SUGGEST ATTIC TENT) **FOUNDATION STRUCTURE:** [x] SLAB [ ] CRAWL [ ] BASEMENT

**INSTALL LOCATION:** [x] ATTIC [ ] CRAWL [ ] WALLS [ ] SUB-FLOOR **INSULATION TO INSTALL:** [x] TAP® [ ] COMFORTTHERM®

**LIVE TUBE & WIRING PRESENT?** [ ] YES [x] NO **RECESSED LIGHTS?** [ ] YES [x] NO QTY ______

**CHIMNEY?** [ ] YES [ ] NO QTY ______ **FLUE PIPES?** [x] YES [ ] NO QTY ______

**ATTIC ACCESSIBLE?** [ ] YES [ ] NO CLEARANCE ______ ft

**IS MOISTURE PRESENT IN INSPECTED AREAS?** DESCRIBE: ______

**CRAWL SPACE ACCESSIBLE?** [ ] YES [x] NO CLEARANCE ______ ft

**ATTIC VENTS NEEDED?** [ ] YES [x] NO RECOMMENDATION ______

**ATTIC CONSTRUCTION:** [ ] STICK [x] TRUSS RAFTER DIMENSIONS: [x] 24" O.C. [ ] 16" O.C.

NOTES: Remove old insulation, exclusion, sanitize & Install Tap Pest Control Insulation. 1 year Quarterly Pest Control Included.

| Total Sq. Footage | PRICING | Existing Insulation | Avg. Depth (Inches) | R-Value per Inch | Current R-Value | R-Value To Add | Number of Inches to Add | Quote | Additional Services | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 | | Fiberglass Loose-Fill | | x 2.5 = | | | | $ | | $ |
| | | Fiberglass batts | | x 3.2 = | | | | $ | | $ |
| R-Value Goal | | Cellulose Loose-Fill | 15 | x 3.6 = | 54 | 15 | 54 | $ 3320 | — | $ 3320 |
| 49 | | Rockwool | | x 2.8 = | | | | $ | | $ |

LPC/01-0089

Reorder Product # LAM107 from • 1-800-252-4011 • © Copyright. CROWNMAX