# Exhibit 2

## Tyrone Lambright Deposition Excerpts

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------------x

JOHN CAMPBELL and LIZA ZAMD, :

Plaintiffs, : Case No.:

v. : 1:23-cv-1132 TJK)

LAMBRIGHT PEST CONTROL :

SERVICES, INC. and TYRONE :

LAMBRIGHT, SR., :

Defendants. :

------------------------------------------x

Deposition of TYRONE LAMBRIGHT, SR.

Washington, D.C.

Tuesday, November 14, 2023

1:59 p.m.

Job No.: 514708

Pages: 1 - 150

Transcribed by: Molly Bugher

were visiting, not the 1338 jobsite?
A: No.
Q: When you go by a jobsite while the job is in progress, what is your normal progress for inspecting?
A: Well normally when I go on the job site, when a job is in progress, I'm not actually going for a particular reason unless I need to do a follow-up or I need to go back for some of the sales -- dealing with the sales. But other than that if I do go, I'm just mainly going there to mess around with the guys and you know, go to the job a little bit. And other than that, that's it.
Q: When you went to 1338, did you notice anything out of the ordinary?
A: Yes. I did notice that they brought a few pieces of insulation out that it wasn't bagged.
Q: Why wasn't it bagged?
A: I'm not sure.
Q: Why is that out of the ordinary?
A: Because we instruct the employees to,

when there is fiberglass batt insulation, they should be -- you know, they bag it up in the attic.

Q: Why do you bag it up in the attic?

A: Because is fiberglass and it's dirty and you don't want the fibers to spread throughout there.

Q: Would you mind looking at Exhibit 8 in front of you, Mr. Lambright? Do you see Exhibit 8?

(Exhibit 8 was marked for identification.)

A: Yes.

Q: What do you see in that photo?

A: I see hoses, installation, and some bags it looks like a crawl suit there.

Q: There is a lot of unbagged insulation in this photo, isn't there?

A: Yes.

Q: This would be outside of recommended procedure?

A: Yes.