# Exhibit 3

## John Campbell Deposition Excerpts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\- - - - - - - - - - - - - - - x

| | |
| --- | --- |
| JOHN CAMPBELL and LIZA ZAMD, | : |
| Plaintiffs, | : Case No.: |
| V. | : 1:23-cv-1132 (TJK) |
| LAMBRIGHT PEST CONTROL | : |
| SERVICES, INC., and TYRONE | : |
| LAMBRIGHT, SR., | : |
| Defendants. | : |

\- - - - - - - - - - - - - - - x

Deposition of JOHN CAMPBELL
Washington, D.C.
Tuesday, December 5, 2023
9:59 a.m.

Job No.: 516012
Pages: 1 - 104
Transcribed By: Catherine Galati

Q Finished reviewing that document?
A I've looked over it.
Q Okay. Could you turn to the second page, please, under Number 3B?
A Mm-hmm.
Q And I'll read it out loud and then ask you some questions. So 3B, computation of damages, says, plaintiffs' time spent attempting to remediate the damage themselves and coordinating contractors. John Campbell's time coordinating contractors and item replacement, $7,125, which is five hours per month for 18 months at an hourly wage of approximately $79.
Did I read that correctly?
A Yes.
Q Did you miss five hours per month for 18 months as a result of this incident?
A I don't believe so.
Q When you returned to work full-time after this incident, did your job duties change at all?
MR. TELFEYAN: Object to form.
A I don't believe I understand your

next -- over time, the sort of dust and smell had spread throughout the rest of the house.

Q Do you know how it spread throughout the rest of the house?

A Well, the -- when the Lambright crew threw the unbagged insulation to the third floor, there was a, like, AC intake vent right next to the portal to the attic, and so that was able to take all of the contaminants, the, you know, insulation and the fiberglass particulates, the mouse feces and urine, and who knows what else and bring it into the AC ductwork and spread it through the rest of the home.

Q And fair to say it was December of 2020, so you were probably running the heat at that time?

A Yes, I believe so.

Q And it's central air and heating, as you testified?

A Yes.

Q Were you present when Columbia Restoration performed the work on the property?

December of 2020, had you ever experienced any breathing difficulties in the residence?
A No.
Q Had you ever experienced an abnormal amount of dust in the residence prior to Lambright Pest Control performing work in December of 2020?
A No.
Q Had you ever experienced an overpowering smell that made it difficult to breathe prior to December of 2020 in the residence, prior to Lambright performing their work?
A No. Not that I recall.
Q After Columbia Restoration and the HVAC company cleaned the vents, what, if any, steps did you take to continue to clean the residence?
A Oh, we did a bunch of stuff. So an immediate thing that I had done was I went through and washed the walls on the third floor with soap and water with hopes that would get some of the smell out. That did not work. We aired out the third floor for over a year. So we would keep the windows and the Juliet doors open in the hopes of

creating a cross breeze to, you know, get the smell out. We sprayed a primer and sealant product over the walls and the ceiling in the primary bedroom. We put plants up there because we had heard that plants could help scrub the air. We had bought, I believe, four, like, high-value consumer-grade air scrubbers of our own that we ran, you know, more or less continuously since then. I believe they still run in the home today. And, you know, this is in addition to sort of sundry cleanings, and then eventually we had to do a complete demolition and reconstruction of the entire third floor.

Q Other than the complete demolition and reconstruction, which we'll get to, did any of the efforts that you just described to me improve the air quality in the home?

A No.

Q Did it improve the dust at all?

A After the -- after the Columbia Restoration and the duct cleaning had come through, I forget how persistent the dust problem