# Exhibit 4

## Liza Zamd Deposition Excerpts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x

JOHN CAMPBELL and LIZA ZAMD, :
Plaintiffs, : Case No.:
V. : 1:23-cv-1132 (TJK)
LAMBRIGHT PEST CONTROL :
SERVICES, INC., and TYRONE :
LAMBRIGHT, SR., :
Defendants. :

- - - - - - - - - - - - - - x

Deposition of LIZA ZAMD
Washington, D.C.
Tuesday, December 5, 2023
1:41 p.m.

Job No.: 516012B
Pages: 1 - 151
Transcribed By: Catherine Galati

Q Thank you. If you could turn to page 2, Number 3, the computation of damages section, and let me know when you're there.
A I'm there.
Q Okay. Thank you. Number 3 states, plaintiffs' damages computation and the records on which such computation is based are as follows: B, plaintiffs' time spent in attempting to remediate the damage themselves and coordinating the contractors. Liza Zamd's time coordinating contractors and item replacement, $24,937, or 15 hours per month for 18 months at an hourly wage of approximately $92.
Did I read that correctly?
A You did.
Q Thank you. Other than the documentation that you referenced earlier about payroll records, calendar entries, and the like that would substantiate this, are you aware of any other documents that would substantiate that $24,937 figure?
A Any other document that would substantiate

able to take photos of all the places in the attic.

Q Understood. So it's fair to say it was for your own documentation and reference purposes?

A Correct.

Q Okay. At what point in the day did you take those photos of the bare attic when they had finished removing insulation but before blowing in the TAP insulation?

A I think the time stamps on the photos show that it is around noon on December 21st.

Q And when you took those photos up in the attic, did you notice any dust, difficulty breathing, abnormal smells, anything like that?

A I was wearing an N95, and I was up there for a very short period, and I do not recall that I had any of the symptoms that you said.

Q Did there come a time when you did first notice those symptoms that I just described?

A Yes.

Q When was that?

A That was in the evening of December 21,

2020.
Q And what did you notice first?
A The first thing I noticed was actually it was hard to breathe. I don't have the best sense of smell, but my lungs are very sensitive, and it was hard to breathe as I was walking up the stairs. And then I get onto the third floor, and it smelled bad, and it was very hard to breathe. And so I took a look around, and I see that there's dust essentially everywhere, so I went down the stairs and got a mask.
Q You said you got a mask. So you weren't wearing a mask at this time, the evening of the December 21st?
A Correct. The workers had left maybe an hour or two before I got up there. And since they had been wearing masks, I felt like enough time had subsided where I could feel comfortable being up there, for COVID reasons, without a mask.
Q This may be difficult to put into words, as it was for Mr. Campbell, but can you describe the smell to me, whether it appeared to be natural

second and the third floors.
Q And fair to say that in December of 2020, you would have been running the central heat in the home?
A I had turned it off, or, like, I had put it down at -- you know, so the pipes aren't going to freeze type of situation. But while we were at the Airbnb, I don't think that I had it running.
Q Do you know if you had it running when Lambright Pest Control was performing work there?
A I don't think that I had it running while they were performing the work, no.
Q Do you know if you turned the heat on in the next 48 hours after they left?
A Yes. I think that one of the reasons why we didn't have it on is because they were -- they had the doors opened on the third floor, like the Juliet doors, and so, like, that house was just not going to get warm.
Q It would have been wasteful?
A Yeah. It was, like, very wasteful. So we had it turned off. And then once they left, at

Q What prompted you to, after such a long period of time, reach out to the contractors? And when I say contractors, N&R General Construction, LLC.

A We had really hoped that the problem would dissipate, that the -- I mean, the smell definitely dissipated, but the breathing problems and the headaches and all of that that we got from being in that room, that, like, everything essentially would just off-gas and that we could go back up. And in the summer to fall of 2021, it became clear that that wasn't happening, and so that's when I started to contact contractors. It was eventually -- it was, like, essentially, you know, hey, your potentially magical thinking about this going away on its own is not happening, and so you need to figure out a plan B.

Q And you used a phrase that I'm not familiar with, off-gas. What does that mean?

A I hear about it in terms of products, like when you -- when some people get mattresses and they take it out of the box, and then there's,

stuff.

Q And can you describe for me in general terms the scope of work that N&R did on the third floor of your home?

A They took away all of the drywall, and that necessitated them also removing tile in the bathroom. They removed the attic insulation that Lambright had installed. They put in new drywall. They put in new tile. They painted. They coordinated the installation of overhead lighting and a couple more outlets. And then they added a piece of plywood -- they added some beam in the attic and a piece of plywood so that we could use the attic for storage space -- part of the attic for storage space.

Q And at what point during the construction timetable, so from January -- sorry, February '22 until June of '22 were you able to be on the third floor without any breathing difficulties?

A They did the demo immediately. Like, that's the first thing they did. And I went up there the first day of the demo, and it was so

dusty, and it was very hard to breathe again. And then they finished the demo a day or two later, and everything was down to the studs, but they had, like, vacuumed up all the dust and stuff, and it was totally fine. And I didn't have to -- nor did John -- use a mask. We could spend all our time up there.

I started using it as a staging ground for some of the projects that I was doing for the house, so like the vanity. We wanted to keep the same vanity to keep down on costs, but paint it. And so I painted it on that third floor after the drywall had been removed, but before they put up new drywall or anything else. And so it was immediate. Once the drywall was out and they had cleaned up the dust, totally fine being up there.

Q So it seems like the real turning point was the removal of that drywall and associated cleanup? That's when you noticed, I guess, for lack of a better term, a night-and-day difference?

A Absolutely. Because when we were preparing for the construction, we had to get

want additional contractors in my house at the height of COVID whom I hadn't vetted, because it sort of was implying that he was going to send some people, and I had no idea who those people would be.

And then also, to the extent that they were not professionals, because he wasn't offering a professional service, those people wouldn't have had, as just, like, a normal cleaning, any of the PPE and tools one would need. And so that -- if they got ill because of it, that would also be on my homeowners insurance. Like, they could, you know, raise a claim against me.

And we just didn't want another inadequate resolution. Like, we realized after our cleaning efforts failed that we needed to have an environmental, like, disaster company come in to fix it.

Q Hypothetically, if you had accepted Tyrone Lambright's offer for a general cleaning, would that have reduced the damages you're claiming in this lawsuit?

A No.
Q Why not?
A Because we needed to have the environmental cleaning company where they have experience cleaning all of the walls, every surface area, every piece of fabric, and have the industrial HEPA air filters on every floor. And even, actually, you know, the Columbia Restoration people had underestimated how long it would take to fix, and so we needed to have, you know, apparently over a week of these HEPA filters, and we needed to have the ducts cleaned, and we needed to have every surface cleaned. And so a general cleaning just would not have done anything.
Q Did you understand Mr. Lambright's offer for a general cleaning to be less than what you paid Columbia Restoration to do?
A Yes. When he and I spoke, I told him that I wanted to have an environmental remediation company come in, and he said, absolutely not. I mean, those weren't his literal words. His words were, no.

collect the dust, and I could see that the wet wipe, which is white, would become dirty, and then we would throw it away. And then a couple days later, dust would come on there as if we hadn't used any wet wipes at all.

Q And what about immediately after you finished cleaning? Did it look clean?

A Yes.

Q So immediately after, you wouldn't say, it's as if we hadn't cleaned? Immediately after, it was clean?

A Correct.

Q But then more dust would appear a day or two later?

A Correct.

Q I also remember hearing you use the phrase when speaking with Mr. Wight that during some period, you hoped it would go away on its own. So I want to ask just for clarification. After Columbia Restoration did its work in January of '21 and prior to N&R doing its work in '22, did you and John put affirmative efforts into

addressing the problem?

A Yes.

Q What efforts did you take?

A So I would open the doors on the third floor and close them. And John would do that too sometimes, but, you know, every morning, open the doors and windows. And if it's raining, then go up there and close them and -- you know, but just sort of trying to air them out. That happened until N&R Construction came.

John also washed the walls in the hallway. We bought a paint sprayer and filled it with Kilz, which we had been told specifically, like, locks in contamination into drywall, and so we used that in the master bedroom, the primary bedroom. I had done part of a wall, and then it hurt too much to breathe and gave me headaches, and so then John finished the rest of the room. Although I don't know that he did the ceiling, but he did the other four walls.

And so, you know, we had tried on our own to see if we could fix it, and we were hoping that

leaving the doors open and the windows open for so many months would allow it to air out so that we could be up there again, but that just never happened.

Q Your home has three floors above ground plus a basement and plus an attic; is that right?

A Correct.

Q And is the attic a usable space for living?

A No.

Q Are there any windows in the basement?

A No.

Q Is there any direct ventilation between the basement and the outside world?

A No.

Q On the first floor of your home, is there a bathroom?

A Yes.

Q Does the bathroom have a shower or bathtub inside of it?

A No.

Q Neither one?

Q Why do you think those contaminants caused the pain and suffering that you experienced?

MR. WIGHT: Same objection.

A Without those contaminants, John and I were able to use our home and didn't have to search for rugs and didn't have to open windows and doors every day, and John didn't have to wear his winter coat while working or any of those things.

Q What caused the contaminants to be spread throughout your home?

MR. WIGHT: Objection to form.

A The Lambright crew throwing down unbagged insulation from the attic into my and John's living space.

MR. TELFEYAN: Thank you, Liza. No further questions.

MR. WIGHT: Just a few follow-up questions based on that.

RE-EXAMINATION BY COUNSEL FOR THE DEFENDANTS,
LAMBRIGHT PEST CONTROL SERVICES, INC., et al.

BY MR. WIGHT: