# Exhibit 5

Email Exchanges Between L. Zamd and T. Lambright

Thanks,
Liza

On Mon, Dec 21, 2020, 6:18 PM Tyrone Lambright Sr < tyrone@lambrightpestcontrol.com> wrote:

Hi Liza,

I apologize about the excessive dust. I would be happy to send out a cleaning service company to rectify this situation. Please let me know your availability.

Again, my sincere apologies for any inconvenience.

Tyrone Lambright Sr.
President
Lambright Pest Control Services, Inc.
Office: 301-336-4440
Fax: 301-336-4460
tyrone@lambrightpestcontrol.com
www.lambrightpestcontrol.com

On Dec 21, 2020, at 5:16 PM, Liza Zamd < lizazamd@gmail.com> wrote:

Hi Tyrone,

Thanks for scheduling the work so quickly. I'm glad to be rid of those mice.

One thing I am just seeing now that I'm off of work is that there is a thin layer of dust almost everywhere on the top floor, including in my bathroom and part of my bedroom even though both doors were shut. I think this may be due to the fact that the insulation was not put in garbage bags in the attic before it was removed. Had you let me know about the dust, I would have put plastic under the doors to prevent dust from getting in, and put plastic over the items in the room where your men threw down the insulation from the balcony. That way I could have avoided washing/dry cleaning the clothes that were hung there and having my boyfriend wipe everything down with a damp cloth and then vacuum before I can go into that room again.

One of your men borrowed my broom to sweep up and I told him he didn't need to worry because I'd just vacuum, but that was before I realized there was a thin layer of dust on everything. My broom was not going to be enough anyway since the dust covered all the surfaces, not just the floor, and things like our toothbrushes or wool coats can't be easily wiped down/washed/vacuumed.

All this to say, I think it's really important that you let people know what to expect with the dust because some may have health conditions, or maybe they'd remove belongings beforehand, and they'd be able to avoid some headaches after the fact.

Thanks,
Liza

On Sat, Dec 19, 2020, 12:04 PM Liza Zamd < lizazamd@gmail.com> wrote:

Hi Tyrone,

Thanks for your quick response. We'd like to book your services. When can your team come to do the work?

Campbell000010