# Exhibit 6

Ltr. From T. Beckwith, Columbia Restoration, to L. Zamd

**Columbia Restoration**
*Fire and Water Restoration Specialists*

410 799 9910
800 333 7001
Fax 410 799 9924

8017-F Dorsey Run Road
Jessup, Maryland 20794

**December 30, 2020**

To: Liza Zamd
1338 L St. S.E
Washington, DC 20003

Re: Cleaning/Air Scrubbing of 1338 L Street SE

Dear Ms. Zamd,

It was a pleasure meeting with you on December 29th @ 9am to discuss and proceed with a deep cleaning of all accessible areas throughout your home on 1338 L Street SE. I have been working in my field for 20+ years and have seen other homes with dust/particulate infiltration. The following are my personal observations as well as information from my cleaning team.

Upon my arrival there was a detectable odor throughout your home. Further, the air inside your home felt heavy when inhaling it. You told me that there were dust/particulates in the home due to attic insulation that had been improperly removed. I did not observe the insulation removal but the odor I smelled was consistent with what I'd expect from exposure/contact to attic insulation (i.e. with possible dust, mold, and roofing debris). The smell was strongest on the 3rd floor (the top floor), especially in the spare room.

I felt with my fingers and/or saw that the horizontal surfaces in your home had distinct "gritty" layer of dust / particulates. These dust/particulates are far beyond what would be expected in a home that is cleaned at least once/month, and did not appear to be just regular dust. The most impacted areas with dust/particulates seemed to be the 3rd floor. and appeared to be lighter on the 1st level and basement.

My crew of cleaners spent most of December 29 working on your home. They wiped/dusted/HEPA vacuumed all of the available surfaces, including your couch cushions. However, we did not launder any items, such as your textiles. The head of the crew, John Spangenberg, stated that the crew vacuumed your 3rd floor hallway runner and spare room rugs three times. However, the rugs continued to smell so he advised that you could dispose of them if you wanted to improve the air quality on that floor. My crew also left several Nitro HEPA Air Scrubber @ 600cfm each, running on each floor from approximately 3pm on December 29, 2020 until approximately 10am on December 30, 2020. We ran these items in addition to the Winix C454 air filter machines that were already running in your home when we arrived.

Based on my experience, it is my opinion that the HVAC system carried the "gritty" dust particles from your 3rd floor and distributed them throughout the home. This could have easily occurred because there is an intake HVAC register a few feet from the attic stairs where you said the contractor threw down attic insulation. As discussed, we recommend the use negative air / HEPA air scrubbers, HEPA Vacuuming of all accessible surfaces / items, cleaning of all textiles (done by homeowner), and clean

Columbia Restoration
Fire and Water Restoration Specialists

410.799.9910
800.335.7001
fax 410.799.9924

8017-F Dorsey Run Road
Jessup, Maryland 20794

HVAC ductwork. I have arranged for Atlantic Duct Cleaning to come to your home on January 4, 2021 to clean your HVAC ductwork.

Based on my experience, the level of cleaning my crew performed should help improve the indoor air-quality, but there may be a slight delay until the air in your home returns to normal given that your ducts and textiles still need to be cleaned.

Please contact me directly with any questions and/or concerns.

Respectfully,

Trevor Beckwith
410-707-6981 (cell)
Operations Manager