# Exhibit 9

Email from L. Zamd to Homeowner's Association Members

**Liza Zamd** <lizazamd@gmail.com> Tue, Dec 29, 2020 at 7:18 PM
To: KH <morgansplace@verizon.net>
Cc: Ron Houston <rhous2000@comcast.net>, Rachel Semmel <rachel.k.semmel@gmail.com>, Carter Boatner <carterboatner@hotmail.com>, Chris Hardin <cerichardin@gmail.com>, "Anderson, Will" <wanderson@brt.org>

Hi folks,

I hope you're all well and that you haven't had any mice issues. If you do end up having a problem, I do not recommend the company that I used (Lambright). I know they may offer you a discount given that they did work for both me and Karen, but you may want to read the following before deciding what you do:

I didnt learn this until today, but pest companies should first try to trap the mice that are in the home. Otherwise, when they plug the holes the mice may be in the holes and their bodies will decompose in whatever wall of the house they're in and release fumes/feed insects in the walls. Lambright just plugged the holes and the worker (Karen, it was Wayne) explicitly said they'd just die and decompose where they were. Much worse than that is they did not bag the insulation in the attic, and instead dropped the insulation down the steps of the attic before throwing it out of the third floor door. Because the insulation was unbagged, dust got everywhere, including in my HVAC. I cleaned and vacuumed twice last week, but each time the next day a layer of dust returned as if I had not cleaned in 6 months. On Sunday night I bought four air purifiers because the physical side effects were getting worse by the day (mucus, stuffy nose, headaches, etc.). By Sunday night my lungs hurt when I breathed so Monday I got a company that specializes in simultaneous deep cleaning/air scrubbing to come in, and I booked an Airbnb a few blocks away.

Wayne was very apologetic when he stopped by on Monday to see the extent of the dust. However, when I spoke to the Lambright owner (Tyrone) this morning, he accused me of fabricating all of this. I had been trying really hard to keep costs down (I got several quotes for air filtration/cleaning services, until Monday John and I had been staying in the basement instead of a hotel, etc.) and so I was very frustrated that he would think I schemed this whole plan for the privilege of literally needing to wash every article of fabric (clothing, drapes, etc.) I own, buy 4 air filter machines I didnt want, pay a contractor $2200 to clean my house (not including the fabrics I'll need to wash), get an Airbnb a few blocks from my house, etc.

So now I also will have the headache of filing an insurance claim. It's all very frustrating and demoralizing.

I hope you guys don't end up having to go down the pest control route but if you do, the Orkin people sounded really reasonable, knowledgeable, and charge less than Lambright. I can forward you the contact information of the guy I spoke with if you're interested.

Thanks,
Liza
[Quoted text hidden]

---

**KH** <morgansplace@verizon.net> Tue, Dec 29, 2020 at 9:09 PM
To: Liza Zamd <lizazamd@gmail.com>
Cc: Ron Houston <rhous2000@comcast.net>, Rachel Semmel <rachel.k.semmel@gmail.com>, Carter Boatner <carterboatner@hotmail.com>, Chris Hardin <cerichardin@gmail.com>, "Anderson, Will" <wanderson@brt.org>

I agree with Liza. This company is not satisfactory. And her experience has been totally unacceptable. I have my own issues with them though different from hers.
However, after all we both have done - catching mice, replacing insulation, cleaning, sealing, etc - all at a great expense, I had a mouse in here last night. My contractors returned today, found a small opening on the first floor, cleaned and sealed.
This begs the question of how are they getting into the building structure? Once again I am asking the association to get a reliable pest control company to inspect the exterior and seal any openings. Or the rodents will keep coming in and if they cannot get into one unit they will move to the next.
Because this is my 2nd request and no preventive action has been taken by the association and because this has been an extremely stressful situation impacting my well being, I am placing my 2021 dues in escrow until this matter is addressed and resolved. Again, the rodents will keep coming in as long as there are external openings.
Karen Harris
Sent from my iPhone

> On Dec 29, 2020, at 7:18 PM, Liza Zamd <lizazamd@gmail.com> wrote: