# Exhibit 10

## Dr. Debra Dickerson Expert Report

# EXPERT WITNESS REPORT

RE: Plaintiffs Zamd and Campbell
vs.
Lambright Pest Control Services

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

(Plaintiff's Expert)

Deborah E. Dickerson, PhD CIH CSP

Retaining Attorney Firm:
Phil Telfeyan, Esquire
400 7th Street Northwest
Suite 602
Washington, D.C. 20004

This report is being provided pursuant to the agreements of the parties, the Court's scheduling and other orders, the Local Rules, and the Rules of Civil Procedure and Evidence. If additional information that may be relevant to my opinions comes to light or is discovered and produced by the parties near or after the date this report is filed, I reserve the right to supplement my opinions. Further, I may offer testimony at trial on any subject addressed in the reports or testimony of any witness related to the subjects of my opinions under the applicable disclosure agreements or Rules.

## I. Scope of Opinion

I have been retained by the law firm of Phil Telfeyan, Esquire, on behalf of John Campbell and Liza Zamd (the Plaintiffs), as an expert witness on indoor environments and contaminants. More specifically, in this report, my opinions relate to the circumstances surrounding the December 21, 2020 incident involving removal of attic insulation of the Plaintiff residence and improper containment of insulation waste by representatives of Lambright Pest Control Services Inc.

## II. Qualifications

Acquired through my educational, professional, and academic experiences, I possess considerable expertise in indoor environmental science and the health effects of indoor environmental contaminants relevant to this case.

For 11 years, I was a faculty member in the School of Construction at Virginia Tech. In this role, I developed and taught university courses on indoor environmental quality, ventilation system design, and building science. I led several federally funded research projects on indoor residential and school environments. From 2007 to 2018, I served on the Indoor Environmental Quality Committee of the American Industrial Hygiene Association. From 1996 to 2007, I was engaged in a professional industrial hygiene career in which I ran an indoor environmental quality program for a major Land-grant university. I have published more than 40 journal articles and conference papers pertaining t0 human exposure to health hazards. From 1996 to 2007, I led the university Environmental, Health, and Safety Services office. I managed the following programs: chemical hygiene, laboratory safety, chemical hazard communication, indoor environmental quality, asbestos and lead management, chemical health hazards monitoring, industrial ventilation, pulmonary function testing, respiratory protection, and medical surveillance. From 1999 to present, I have taught a university course in industrial hygiene. I have served on advisory committees to the National Institute for Occupational Safety and Health (NIOSH).

I am presently an associate professor in the Grado Department of Industrial and Systems Engineering at Virginia Tech in Blacksburg, VA. I hold MS and PhD degrees in safety engineering and the certified industrial hygienist (CIH) and certified safety professional (CSP) credentials. I have over 27 years of experience in the fields of industrial hygiene and safety engineering.

My current curriculum vita and list of publications is attached to this report (Exhibit A).

## III. Executive Summary

The following summary of events is based upon my review of reports provided to me regarding this case. On December 20, 2020, the Defendant performed work at the home of the Plaintiffs to remove and replace mouse-contaminated attic insulation. Contractually, the Defendant was to contain the contaminated insulation prior to transporting it throughout the occupied spaces of the home. The Defendant reportedly did not follow these procedures and instead dropped contaminated insulation from the attic level to the top occupied level of the home. The HVAC system was not de-energized and air intake was not sealed. Photographic evidence of the insulation reveals visual contamination, possibly with mouse urine, mouse feces, and fungal growth. Therefore, there was likely contamination of the living spaces with mouse antigens and microbiological agents and volatile compounds. Upon returning to the residence, the Plaintiffs experienced airway, nasal, and sinus symptoms. Subsequent cleaning, rug removal, and air filtration did not lead to symptom abatement. Further removal and replacement of drywall and furnishings did lead to eventual symptom abatement.

Based upon my review of the materials described herein, and a reasonable degree of scientific certainty, I have reached the following conclusions:

> Opinion 1: The Defendant engaged in improper procedures for removal and disposal of the contaminated attic insulation in the Plaintiffs' residence, which led to widespread contamination of the building interior and HVAC ductwork.
>
> Opinion 2: The Plaintiffs' symptom pattern was likely caused by microbiological volatile organic compounds (MVOCs) and/or murine antigens.

## IV. Previous Testimony or Deposition

In the four years preceding the date of this report, I have testified in deposition or at trial as an expert witness in seven previous cases.

## V. Compensation

Below is a summary of the compensation my firm, Dickerson Consulting LLC, is receiving for the study and testimony in the case.

| HOURLY RATES | |
|---|---|
| Document Review, Research | $300/hr |
| Site Inspection, Discovery, Report | $300/hr |
| Travel Time | $300/hr |
| Deposition Time | $300/hr |
| Trial Testimony | $300/hr |

| REIMBURSIBLE EXPENSES | |
|---|---|
| Copies, office supplies | Actual cost |
| Photographs | Actual cost |
| Travel, calls, exhibit materials, shipping | Actual cost |
| Mileage | $0.65 per mile |

## VI. Basis for Opinions

The opinions stated in this report are based upon my examination of the documents submitted to me for this purpose. Any conclusions resulting therefrom can be based only upon the data submitted to me and an examination of same. As of the date of this report, I have reviewed the following records and documents:

Depositions and Inspection Reports:

1. Deposition of John Campbell (December 5, 2023)
2. Deposition of Liza Zamd (December 5, 2023)
3. Combined photos (3a – 3i)
4. Indoor Air Quality Assessment Arc Environmental (April 21, 2022)
5. Letter, Columbia Restoration Fire and Water Restoration Specialists (December 30, 2020)

Standards, Guidelines, Scientific Literature:

1. Guide to clean up after rodents. Centers for Disease Control and Prevention. (2019)
2. Mold clean-up in your home. Environmental Protection Agency. (2023)

3. Steps for Renovating/Remodeling. National Organization of Remediators and Microbial Inspectors (NORMI)(2020).
4. Korpi, A., Järnberg, J., & Pasanen, A. L. (2009). Microbial volatile organic compounds. *Critical reviews in toxicology*, *39*(2), 139-193.
5. Wady, L., & Larsson, L. (2005). Determination of microbial volatile organic compounds adsorbed on house dust particles and gypsum board using SPME/GC-MS. *Indoor Air*, *15*.
6. Fiedler, K., Schütz, E., & Geh, S. (2001). Detection of microbial volatile organic compounds (MVOCs) produced by moulds on various materials. *International journal of hygiene and environmental health*, *204*(2-3), 111-121.
7. Hyttinen, M., Pasanen, P., & Kalliokoski, P. (2001). Adsorption and desorption of selected VOCs in dust collected on air filters. *Atmospheric Environment*, *35*(33), 5709-5716.
8. Salo, P. M., Arbes Jr, S. J., Crockett, P. W., Thorne, P. S., Cohn, R. D., & Zeldin, D. C. (2008). Exposure to multiple indoor allergens in US homes and its relationship to asthma. *Journal of Allergy and Clinical Immunology*, *121*(3), 678-684.
9. Hamilton, R. G. (2005). Assessment of indoor allergen exposure. *Current allergy and asthma reports*, *5*(5), 394-401.
10. Mindaye, S. T., Sun, C., Esfahani, S. A. Z., Matsui, E. C., Sheehan, M. J., Rabin, R. L., & Slater, J. E. (2021). Diversity and complexity of mouse allergens in urine, house dust, and allergen extracts assessed with an immuno-allergomic approach. Allergy, 76(12), 3723-3732.
11. Bush RK, Stave GM. 2003. Laboratory animal allergy: an update. Ilar J 44(1):28–51
12. Phipatanakul W. 2002. Rodent allergens. Curr Allergy Asthma Rep 2(5):412–416
13. Phipatanakul W, Cronin B, Wood RA, Eggleston PA, Shih MC, Song L, et al. 2004. Effect of environmental intervention on mouse allergen levels in homes of inner-city Boston children with asthma. Ann Allergy Asthma Immunol 92(4):420–425.
14. Phipatanakul W, Eggleston PA, Wright EC, Wood RA. 2000a. Mouse allergen. I. The prevalence of mouse allergen in inner-city homes. The National Cooperative Inner-City Asthma Study. J Allergy Clin Immunol 106(6):1070–1074.
15. Phipatanakul W, Eggleston PA, Wright EC, Wood RA. 2000b. Mouse allergen. II. The relationship of mouse allergen exposure to mouse sensitization and asthma morbidity in inner-city children with asthma. J Allergy Clin Immunol 106(6):1075–1080.

16. Phipatanakul W, Gold DR, Muilenberg M, Sredl DL, Weiss ST, Celedon JC. 2005. Predictors of indoor exposure to mouse allergen in urban and suburban homes in Boston. Allergy 60(5):697–701.
17. Phipatanakul W, Litonjua AA, Platts-Mills TA, Naccara LM, Celedon JC, Abdulkerim H, et al. 2007. Sensitization to mouse allergen and asthma and asthma morbidity among women in Boston. J Allergy Clin Immunol 120(4):954–956.
18. Chew GL, Carlton EJ, Kass D, Hernandez M, Clarke B, Tiven J, et al. 2006. Determinants of cockroach and mouse exposure and associations with asthma in families and elderly individuals living in New York City public housing. Ann Allergy Asthma Immunol 97(4):502–513.
19. Matsui EC, Eggleston PA, Buckley TJ, Krishnan JA, Breysse PN, Rand CS, et al. 2006. Household mouse allergen exposure and asthma morbidity in inner-city preschool children. Ann Allergy Asthma Immunol 97(4):514–520
20. Matysik, S., Herbarth, O., & Mueller, A. (2008). Determination of volatile metabolites originating from mould growth on wall paper and synthetic media. Journal of microbiological methods, 75(2), 182-187.
21. Argyropoulos, C. D., Skoulou, V., Efthimiou, G., & Michopoulos, A. K. (2023). Airborne transmission of biological agents within the indoor built environment: a multidisciplinary review. Air Quality, Atmosphere & Health, 16(3), 477-533.
22. Xie, S., & Suuberg, E. (2022). Adsorption of trichloroethylene on common indoor materials studied using a combined inverse gas chromatography and frequency response technique. Journal of Chromatography A, 1669, 462926

## VII. Statement of Opinions

Based upon the foregoing and a reasonable degree of scientific certainty, I have reached the following conclusions:

Opinion 1: The Defendant engaged in improper procedures for removal and disposal of the contaminated attic insulation in the Plaintiffs' residence, which led to widespread contamination of the building interior and HVAC ductwork.

The Defendant did not perform this work in conformance with industry standards and best practices. The Environmental Protection Agency, the Centers for Disease Control and Prevention, and the National Organization of Remediators and Microbial Inspectors (NORMI) all have published guidelines for renovation and removal of building materials that have been

contaminated with rodent urine or with fungal growth. All of these guidelines include steps to contain the materials to avoid contamination of additional parts of the building. The Defendant did not take these steps to contain the contaminated materials. Instead, the method of removal of the material was a significant cause of distribution of the contamination throughout the residence. A failure to bag all contaminated insulation materials to avoid introduction into the living spaces was a violation of the Defendant's contractual obligations and of industry best practices.

Opinion 2: The Plaintiffs' symptom pattern was likely caused by microbiological volatile organic compounds (MVOCs) and/or murine antigens.

Upon review of the photographic evidence, the attic insulation was contaminated with organic material. Given the evidence of rodents, the odors detected, and the subsequent indoor air quality assessment which detected higher-than-background microbe presence in the home; I conclude that the insulation was likely contaminated with rodent urine and feces and fungal growth. Additionally, both MVOCs and murine antigens are causative agents of the symptoms experienced by the Plaintiffs. Therefore, the associated health effects and transport phenomena of these chemicals is discussed in detail in the sections that follow.

## Microbiological Volatile Organic Compounds

Microbial volatile organic compounds (MVOCs) are volatile organic compounds that can be produced by microorganisms in their primary or secondary metabolism. In total, around 1200 MVOC have been identified and around 250 MVOC from mold have been measured in indoor environmental studies. Some compounds produced by molds have strong smells and are volatile and quickly released into the air.

The health effects of exposure to MVOCs include symptoms such as headaches, nasal irritation, dizziness, fatigue, and nausea. These symptoms match those experienced by the Plaintiffs.

Wady and Larsson (2005) demonstrated that MVOCs in the gaseous state will adsorb to dust particles in the indoor environment and are thus transported through the air spaces. These authors also demonstrated that MVOCs adsorb significantly to gypsum board and then undergo a process of adsorption/desorption, wherein the chemicals cyclically stick to the wall board and

continuously off-gas into the indoor air. This finding has been substantiated by multiple authors in more recent years (Matysik et al, 2008)( Argyropoulos et al, 2023)(Xie, 2022).

Based upon the visual review of the case photos, I note significant organic contamination of the discarded insulation materials. Microbiological organisms tend to dwell in organic materials. Therefore, there is a high degree of likelihood that the insulation materials did contain some microorganisms.

The indoor environmental quality assessment was performed one year after the initial insulation removal and subsequent to all remediation activities. Nevertheless, there were some fungal and microbiological species detected within the residence. In the hallway and bedrooms of the upper floor, several genera were found. Cladosporium, aspergillus, and penicillium were all found to be present. These fungi do produce Microbiological Volatile Organic Compounds (MVOCs) which are of importance because of their propensity to adsorb to building materials such as drywall board. There also was detected a significant presence of the microbe category: smuts/periconia/myxomycetes. These organisms, in certain life cycle phases, can grow on cellulose materials such as insulation backing paper or wall board paper. The presence of spores indoors during that assessment suggests an historical or ongoing contamination issue.

## Mouse Urine Protein

With a very high degree of certainty, it can be assumed that there was mouse allergen contamination of the discarded insulation. Mouse allergen exposure is a well recognized risk factor for allergic sensitization and asthma in occupational settings (Bush and Stave 2003; Phipatanakul 2002). More recently, it has also been identified as a factor that may contribute to asthma morbidity in nonoccupational populations. Exposure and sensitization to mouse allergen are common, particularly among asthmatic populations in inner cities (Phipatanakul et al. 2000a, 2000b). In the National Cooperative Inner City Asthma Study (NCICAS), which was the first study to examine mouse allergen exposures in residential environments, mouse allergen was detectable in an extraordinarily high percentage of the homes (74–100%) (Phipatanakul et al. 2000a). Findings from previous studies suggest that sensitization rates to mouse allergen increase with increasing exposure levels, although the dose–response relationship may not be linear (Matsui et al. 2007). Reported sensitization rates have generally ranged from 7% to 18% (Matsui et al. 2005; Phipatanakul et al. 2000b, 2007), although even higher rates have been reported (up to 40%) among asthmatic children with high exposure levels (Matsui et al. 2007).

Recent studies have also demonstrated that elevated mouse allergen levels are associated with asthma morbidity in inner city children and adults, highlighting the importance of mouse allergen in this population (Chew et al. 2006; Matsui et al. 2006). The National Survey of Lead and Allergens in Housing (NSLAH) was the first population-based study to estimate mouse allergen levels and examine mouse allergen exposure in relation to asthma in a nationally representative sample of the U.S. households (Vojta et al. 2002). The authors found that elevated levels of mouse allergen significantly increased the likelihood of having asthma-related symptoms among atopic individuals. Therefore, the findings suggest that mouse allergen exposure in the home is an important risk factor for allergic asthma and contributes independently to asthma morbidity among allergic individuals.

Symptoms of exposure to mouse urine protein include rhinoconjunctivitis, eczema, urticaria, shortness of breath, chest pain and tightness, wheezing, sleep disruption, coughing, and symptoms of a respiratory infection. These symptoms match those experienced by the Plaintiffs.

Mouse urine protein has been found to adsorb to dust particles and become airborne (CDC 2019). This is of particular importance to the case at hand, as there did seem to be distribution of the dust throughout the residence; particularly on the upper living floor.

## Conclusion

The Plaintiffs engaged in several remediation measures to restore the home to a habitable condition: surface cleaning, air filtration, removal of floor coverings. When these measures did not lead to an abatement of the symptoms, additional remediation measures were necessary. Drywall and furnishing replacement was undertaken and this did ultimately resolve the symptomology. This can be explained by the adsorption/desorption cyclical transport of the MVOC and murine antigen chemicals in indoor environments. The wall board and furnishings were serving as reservoirs for the MVOCs and murine antigens and their removal restored the indoor environment of the premises.

## VIII. Signature

I hereby reserve the right to modify, amend, and/or append to this Report if the forthcoming discovery process in the case provides relevant additional information or data. Moreover, I reserve the right to supplement and/or revise my opinions as may be appropriate following discovery of expert witnesses, expert witness depositions, and further discovery in this matter. Furthermore, I declare under penalty of perjury that the foregoing is true and correct.

---

Respectfully Submitted by:



March 3, 2024

______________________ _________
Deborah E. Dickerson, PhD CIH CSP CHMM Executed on

## IX. Exhibit

A. Curriculum vita

EXHIBIT A:

Curriculum Vita

Deborah E. Dickerson (nee Young-Corbett)

Dated 02/20/24

Signed:



# Deborah E. Dickerson, PhD CIH CSP CHMM

Associate Professor: Human Factors and Safety Engineering
Director: Product and System Safety Laboratory
Virginia Tech
544 Whittemore Hall, Blacksburg, VA 24061
540-449-2068
debdickerson@vt.edu
https://www.dickersonresearchgroup.com/

## Education

Doctor of Philosophy (2007)
Virginia Tech, Industrial and Systems Engineering (Safety Engineering)

Master of Science (2006)
Virginia Tech, Industrial and Systems Engineering (Safety Engineering)

Master of Science (1999)
North Carolina State University, Biological Sciences

Bachelor of Science (1996)
Virginia Tech, Biological Sciences

## Certifications

Certified Industrial Hygienist (CIH) 2001 - present
Comprehensive Practice 8234CP; American Board of Industrial Hygiene

Certified Safety Professional (CSP) 2003 - present
Comprehensive Practice 17546; Board of Certified Safety Professionals

Certified Hazardous Materials Manager (CHMM) 2003 - 2021
Master Level 12240; The Institute of Hazardous Materials Management

Asbestos Management Planner 1996 – 2006
Virginia Department of Professional and Occupational Regulation, 18VAC15-20

## Research Interests

Control of hazardous materials and risks in work, system, and product design

## Expertise Summary

Over 25 years of professional and academic experience in product safety, system safety, industrial hygiene, hazardous materials management, and hazard control.
Expertise in: product design and safety; design of product warnings and labels; chemical exposure risks, analysis, and health outcomes; industrial system design, safety, and training.

## Professional Experience

### Associate Professor (June 2015 – present)
Virginia Tech, Grado Department of Industrial and Systems Engineering
Developing research, scholarship, and educational programs emphasizing control of hazards in systems and products.

### Director (July 2018 – present)
Product and System Safety Laboratory, Virginia Tech
Leading research on safe design of products, systems, and warnings.

### President (June 2014 – present)
Dickerson Consulting LLC
Providing consultation, design, training, and expert witness services in the areas of product and system safety, industrial hygiene, occupational safety, accident prevention. Expert witness services for plaintiff and defense in industrial accident, chemical release, and product design cases in federal and state jurisdictions.

### Assistant Professor (August 2007 – June 2015)
Virginia Tech, Via Department of Civil and Environmental Engineering
Developed research, scholarship and educational programs emphasizing control of hazards arising from the built environment and inherent to construction processes.

### Director (1996-2006)
Environmental, Health & Safety Services, Virginia Tech
Led operation, including staff of 26 and combined budgets of 3.4 million. Responsible for environmental and occupational compliance services for the more than 10,000 employees of this major land-grant university. Managed the following programs: chemical hygiene and laboratory safety, hazardous chemical waste management, asbestos and lead management, chemical health hazards, industrial ventilation, non-ionizing radiation, laboratory safety, infection control, hearing conservation, pulmonary function testing, respiratory protection, asbestos and lead, and medical surveillance. Managed annual operating budget of 1.1 million.

### Adjunct Instructor (1999–2006)
Industrial & Systems Engineering, Virginia Tech
Developed new curricula and taught coursework in industrial hygiene and occupational safety. Served as faculty advisor for student section of American Society of Safety Engineers.

## Teaching Experience

Courses Taught

| | |
|---|---|
| Product Safety: Design, Warnings, Liability | 2023 – present |
| System Safety Analysis | 2022 – present |
| Principles of Industrial Hygiene | 1999 – present |
| Risk and Hazard Control | 2019 – present |
| Introduction to Human Factors Engineering | 2019 – 2022 |
| Occupational Safety | 2000 - 2006 |
| Prevention through Design | 2008 - 2014 |
| Building Technology System Design | 2008 - 2010 |
| Indoor Environmental Quality and Sustainable Facilities | 2009 - 2011 |
| Construction Health and Safety | 2017 – 2018 |
| Building HVAC Design | 2009 - 2011 |

## Expert Witness Experience

Nature of case: equipment design and manufacturing defects (Entanglement)
Huffstetler v. Burkle North America, Inc. and Robert Burkle GmbH d/b/a Burkle Process Technologies and Stiles Machinery, Inc.
United States District Court, Western District of Virginia, Danville Division
Plaintiff's Expert

Nature of case: equipment design defects, equipment warnings defects (Asphyxia)
Smith v. Defendants Messer North America, Inc., Messer Gas LLC
State Court of Gwinnett County, State of Georgia
Plaintiff's Expert

Nature of case: equipment design defects, equipment warnings defects (Asphyxia)
Saulo Suarez-Bernal estate v. Defendants
Messer North America, Inc., Messer Gas LLC
State Court of Gwinnett County, State of Georgia
Plaintiff's Expert

Nature of case: equipment design defects, equipment warnings defects (Asphyxia)
Elias-Cabrera estate v. Defendants Messer North America, Inc., Messer Gas LLC
Plaintiff's Expert
State Court of Gwinnett County, State of Georgia
Jones v. DAS Companies, Inc., et al.
United States District Court, District of South Carolina
Plaintiff's Expert

Nature of case: negligence (Indoor environmental contamination)
McCully vs. Jenkins Restorations
Frederick 6th Circuit Court, State of Maryland
Plaintiff's Expert

Nature of case: chemical warnings defects (Chemical exposure)
Baniecki v. Pardis Sabeti, et al.
Superior Court of the Commonwealth of Massachusetts
Plaintiff's Expert

Nature of case: chemical warnings defects (Chemical exposure)
Heaton v. Defendant CWT Savannah Holdings LLC, d/b/a Westin Savannah Harbor Resort and Spa
State Court of Chatham County, Georgia
Plaintiff's Expert

Nature of case: product warnings and instructions defects (IPL Laser)
Gina Mastrostefano v. Defendants Focus Medical, LLC, Boston Aesthetics, LLC
Superior Court of Bristol, Commonwealth of Massachusetts
Plaintiff's Expert

Nature of case: worker's compensation (extreme temperature, heat stroke)
Estate of Michael Earnheart v. Premier Restorations LLC and Accident Fund Insurance Company of America, Jurisdiction Claim No. VA02000035040, Virginia Workers Compensation Commission
Plaintiff's Expert

Nature of case: premises liability (trip/fall)
Osborne v. NOVA Healthcare Group, LLC
Circuit Court of Scott County at Gate City, Virginia
Defense Expert

Nature of case: negligence, breach of contract (indoor environmental contamination)
Morga v. MD Flooring Solutions
Circuit Court, State of Maryland
Plaintiff's Expert

Nature of case: product liability, toxic tort (Paraquat)
Multiple Plaintiffs v. Syngenta Crop Protection, LLC
State Court of Pennsylvania, Multi-district
Consulting Expert

Nature of case: product liability, toxic tort (Aqueous Fire-Fighting Foam, AFFF)
Multiple Plaintiffs v. 3M Corp.
U.S. District Court, District of South Carolina
Consulting Expert

Nature of case: product design defect, product warning defects (Radiant heat burn)
Thomas v. Defendants CJS Enterprises d/b/a Tuscan Sun Spa and Salon, Sunshine Holding LLC, Cheri J. Satterfield, Steve L. Holbert, Sunlights Balayage Inc
Circuit Court of Monongalia County, West Virginia
Defense Expert

Nature of case: premises liability (trip/fall)
Smith v. Café at South Street, LLC; Richmod Street Holdings, LLC
Providence/Bristol County Superior Court, State of Rhode Island Superior Court
Plaintiff's Expert

Nature of case: chemical product warnings defects (Chemical reaction)
Malphus v. Aulick Chemical Solutions, Inc.
United States District Court, District of South Carolina
Plaintiff's Expert

Nature of case: premises liability (asbestos containing materials, ACM)
Multiple Plaintiffs v. Wells Fargo
United States District Court, District of Southern California
Defense consulting expert

Nature of case: product design and warnings defects (pressure intensifier)
Martinez-Saldivar v. Hypertherm Inc, Park Industries, Siemens Corp., et al
District Court, Clark County, Nevada
Defense Expert

## Research Activities

Sponsored Research and Other Grants
(Total: $13,904,208)

Project Title: Center for Innovation in Construction Safety and Health
Sponsor: National Institute for Occupational Safety and Health (NIOSH)
Funding Amount: $9,887,239
Beginning/Ending Dates: 08/30/09 – 08/29/14
Role: Co-PI
Description: Establish research center at Virginia Tech

Project Title: (T03) Safety and Ergonomics Training
Sponsor: National Institute for Occupational Safety and Health (NIOSH)
Funding Amount: $1,395,106
Beginning/Ending Dates: 07/01/16 - 06/30/21
Role: Co-PI
Description: Training grant (T3) provides graduate education to students interested in studying occupational safety and health and safety engineering

Project Title: Health Hazard Controls: Evidence-based intervention strategy
Sponsor: National Institute for Occupational Safety and Health (NIOSH)
Funding Amount: $980,460
Beginning/Ending Dates: 11/01/19 – 10/31/24
Description: Design solutions to control health hazards
Project Title: Interdisciplinary Team in Pervasive Computing Design



Campbell000871

Sponsor: Office of Vice President for Research at Virginia Tech
Funding Amount: $200,000
Beginning/Ending Dates: 08/2007-05/2009
Role: co-PI
Project Title: Bio-Inspired Buildings: Integrating Building and Biological Systems Theories to Transform the Built Environment

Sponsor: Dean of the Graduate School, Virginia Tech
Funding Amount: $900,000
Beginning/Ending Dates: 8/13-8/16
Role: co-PI
Description: Creation of a multidisciplinary doctoral program in bio-inspired building and infrastructure design

Project Title: Sustainable Healthy Schools
Sponsor: National Science Foundation
Funding Amount: $174,275
Beginning/Ending Dates: 08/09-08/12
Role: Principal Investigator
Description: Systems engineering management of school hazards

Project Title: (R01) Dust-control: Strategic Technology Intervention
Sponsor: National Institute for Occupational Safety and Health
Funding Amount: $580,275
Beginning/Ending Dates: 08/09-08/13
Role: Principal Investigator
Description: Theory-based behavioral and attitudinal interventions to produce changes in stakeholder willingness to adopt safety innovations.

Project Title: (R01) Prevention through Design (PtD) Adoption Readiness
Sponsor: National Institute for Occupational Safety and Health (NIOSH)
Funding Amount: $251,071
Beginning/Ending Dates: 08/15/12-08/14/14
Role: PI
Description: Survey research on safety innovation perceptions

Project Title: Pervasive Computing Innovations
Sponsor: Institute for Critical Technology and Applied Science (ICTAS)
Funding Amount: $10,000
Beginning/Ending Dates: 2007-2008
Role: PI
Description: Design prototype for a wearable sensor to detect carbon monoxide

Project Title: Current Trends and Stakeholder Perceptions of Radon-resistant Home Construction
Sponsor: Institute for Culture, Society, and the Environment
Funding Amount: $19,500

Beginning/Ending Dates: 5/16-8/16
Role: PI
Description: Current trends in Radon Resistant Construction in the U.S. homebuilding market

Project Title: Positioning MLSoC to Discover Lifecycle Value in the Dynamic Construction Industry
Sponsor: Research Affiliates Myers-Lawson School of Construction
Funding Amount: $75,000
Beginning/Ending Dates: 07/12-07/13
Role: Co-PI
Description: Funding to plan for the BioBuild Program

Project Title: Prevention through Design in Masonry
Sponsor: Center for Innovation in Construction Safety and Health
Funding Amount: $5,000
Beginning/Ending Dates: 1/2011-7/2011
Role: PI
Description: Pilot project grant to perform study of ventilated saw design

Project Title: Occupational Respiratory Hazards
Sponsor: Institute for Critical Technology and Applied Science (ICTAS)
Funding Amount: $10,000
Beginning/Ending Dates: 1/2009-6/2009
Role: PI
Description: Pilot project on silica exposures and equipment design

Project Title: Graduate Student Tuition Support
Sponsor: DARPA
Funding Amount:$7,500
Beginning/Ending Dates: 1/2008-12/2008
Role: PI
Description: Participation in design competition

Project Title: Building-related Environmental Assessment and Technology in Housing, Existing (BREATHE)
Sponsor: Institute for Culture, Society, and the Environment
Funding Amount: $18,000
Beginning/Ending Dates: 5/2008-8-2008
Role: PI
Description: Pilot study of indoor environmental quality in homes

Project Title: Respiratory Hazard Monitoring
Sponsor: Institute for Critical Technology and Applied Science (ICTAS)
Funding Amount: $19,500
Beginning/Ending Dates: 2007-2008
Description: Design for a ventilated sanding tool.

## Publications

### Book chapter

1. Young-Corbett, DE. (2013). Prevention through Design: Eliminating Occupational and Environmental Risk through Design of Equipment, Work, and Systems. *Chapter in: The Handbook of Industrial and Systems Engineering*, 2nd Edition. Taylor and Francis, CRC Press. Boca Raton, FL. Badiru, AB, editor.

### Papers in refereed journals

1. Dickerson, D. E. (2023). Construction Health Hazard Control Innovations: A Web-Based Intervention to Change Perceptions. International Journal of Construction Education and Research, 1-20.

2. Young-Corbett, D.E. and Nussbaum, M.A. (2009a). Dust Control Technology Usage Patterns in the Drywall Finishing Industry. *Journal of Occupation and Environmental Hygiene*. 6(6): 315-323.

3. Young-Corbett, D.E. and Nussbaum, M.A. (2009b). Dust Control Effectiveness of Drywall Sanding Tools. *Journal of Occupational and Environmental Hygiene*. 6(7): 385-389. (2009 Impact Factor: 1.180)

4. Young-Corbett, D.E., Nussbaum M.A. and Winchester, W.W. (2010). Usability evaluation and redesign specifications for drywall sanding tools. *International Journal of Industrial Ergonomics.* 40(1): 112-118.

5. Forsyth, J.B.*, Martin, T.L., Young-Corbett, D.E., Dorsa, E. (2012). Feasibility of Intelligent Monitoring of Construction Workers for Carbon Monoxide Poisoning. *Journal of IEEE Transactions on Automation Science and Engineering.* 9(3)

6. Bhattacharjee, S., Ghosh, S*., Young-Corbett, D., Fiori, C. (2013). Comparison of Industry Expectations and Student Perceptions of Knowledge and Skills Required for Construction Career Success. *International Journal of Construction Education and Research 9*(1):19-38.

7. Popov, G, Blunt, LA, McGlothlin, G, Young-Corbett, D, Zey, JN, Heckel, P, (2013). Integrating Prevention through Design in Undergraduate Curricula. *Professional Safety: Journal of the American Society of Safety Engineers* 44-49

8. Young-Corbett. (2014). Prevention through Design (PtD): Health Hazards in Asphalt Roofing. *Journal of Construction Engineering and Management.* 140(9): September 2014.

9. Weidman, J., Dickerson, D. E., & Koebel, C. T. (2015). Intervention to improve purchasing decision-maker perceptions of ventilated tools. *Journal of Construction Engineering and Management*, *141*(6), 04015007.

10. Weidman, J., Dickerson, D. E., & Koebel, C. T. (2015). Prevention through design adoption readiness model (PtD ARM): An integrated conceptual model. *Work*, *52*(4), 865-876.

11. Ghosh, S., & Dickerson, D. (2015). Modified interaction process analysis as a macroergonomic method of analyzing communication patterns in construction. *IIE Transactions on Occupational Ergonomics and Human Factors*, *3*(1), 45-57.

12. Weidman, J., Dickerson, D., & Koebel, C. T. (2015). Prevention through Design: A Macroergonomic Conceptual Approach to Risk Reduction. *IIE Transactions on Occupational Ergonomics and Human Factors*, *3*(1), 24-36.

13. Dickerson, D. E., & Ackerman, P. J. (2016). Risk-based maintenance management of US public school facilities. *Procedia Engineering*, *145*, 685-692.

14. Weidman, J., Dickerson, D. E., & Koebel, C. T. (2016). Effective intervention strategy to improve worker readiness to adopt ventilated tools. *Journal of Construction Engineering and Management*, *142*(8), 04016028.

15. Dickerson, D. E. (2016). Environmental relative burden index: a streamlined life cycle assessment method for facilities pollution prevention. *Journal of Green Building*, *11*(1), 95-107.

16. Weidman, J. E., Dickerson, D. E., & Koebel, C. T. (2016). Technology Champions: A Theory-Based Intervention to Improve Adoption of Occupational Safety Innovations. *International Journal of Construction Education and Research*, *12*(3), 193-207.

17. Kim, S., Nussbaum, M. A., Schoenfisch, A. L., Barrett, S. M., Bolding, M. C., & Dickerson, D. E. (2017). Occupational Safety and Health Concerns in Logging: A Cross-Sectional Assessment in Virginia. *Forests*, *8*(11), 440.

18. Ghosh, S., Dickerson, D. E., & Mills, T. (2019). Effect of the Last Planner System® on Social Interactions among Project Participants. *International Journal of Construction Education and Research*, 1-18.

## Papers in refereed conference proceedings

1. Halder, S., Alimoradi, S., Afsari, K., Dickerson, D. E. (Accepted, Awaiting Publication/Presentation). A Computer Vision Approach to Assessing Work-Related Musculoskeletal Disorder (WMSD) Risk in Construction Workers. Construction Research Congress 2024.

2. Sexton-Lewis, P.*, Kleiner, B.M., and Young, D.E. (2004). User feedback on Moldex N-100 filtering face-piece design. Proceedings of the 48th Annual

Meeting of the Human Factors and Ergonomics Society. (pp: 2013 – 2017) New Orleans, LA.

3. Young, D.E. and Kleiner, B.M. (2008). Drywall finishing industry: macro-ergonomic evaluation and intervention design. *Proceedings of t*he 9th edition of Human Factors in Organizational Design and Management (ODAM) International Symposium. L. Sznelwar, F. Marcia and U. Montedo (Editors); Sao Paulo, Brazil.

4. Young-Corbett, D.E. (2009). Building-related Environmental Assessment and Technology in Housing, Existing (BREATHE): development of standardized protocols for evaluating the indoor environmental quality of existing housing. *Proceedings of the 9th International Conference and Exhibition of Healthy Buildings 2009*. September 13-17. Syracuse, NY. USA.

5. Ghosh, S.*, and Young-Corbett, D. (2009). Intersection between Lean Construction and Safety Research: A Review of Literature. *Proceedings of the 2009 Industrial Engineering Research Conference,* May 30 – June 3, Miami, FL.

6. Ghosh, S.*, Young-Corbett, D., and Fiori, C. M. (2010). Emergent Themes of Instruments used to Measure Safety Climate in Construction. *Proceedings of the 2010 Construction Research Congress (CRC2010),* May 8 – 11, *Banff*, Alberta.

7. Bhattacharjee, S., Ghosh, S.*, and Young-Corbett, D. (2010). Energy Service Performance Contracting in Construction: A Review of the Literature. *Proceedings of the 46th ASC Annual International Conference,* held April 7- 10, Boston, MA.

8. Sexton-Lewis, P.*, Young-Corbett, D.E., and Kleiner, B.M. (2010). Bioaerosol Exposures and Respiratory Symptoms Associated with Landscaping Mulch-handling Task. American Industrial Hygiene Conference and Exposition. May 22-27, Denver, CO, USA.

9. Bhattacharjee, S.*, Ghosh, S.*, and Young-Corbett, D. (2010). The Next Step to Improve Safety – Prevention through Design. Proceedings of 2010 Associated Schools of Construction Region III Conference. October 20-23, 2010. Downers,GA.

10. Young-Corbett, D and Ackerman, P.* (2011). Condition Assessment Methodologies for Public School Indoor Environmental Health. *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate.* Austin, TX. June 5-10, 2011.

11. Young-Corbett, D. (2011). Sustainable Healthy Schools: A Lifecycle Analysis (LCA) Framework for Facility Condition Management. *Proceedings of the International Conference on Sustainable Design and Construction*. American Society of Civil Engineers. Kansas City, MO. March 23-25, 2011.

12. Bhattacharjee, S., Ghosh, S.*, and Young-Corbett, D. (2011) The Next Step to Improve Safety – Prevention through Design. *47th Annual International Conference of Associated Schools of Construction*. April 6-9, 2011. Omaha, Nebraska, USA.

13. McNair, L., Young-Corbett, D. (2011). Building New Engineering Education Theory and Practice for Interdisciplinary Pervasive Computing Design. *Proceedings of the 2011 Annual Conference and Exposition of the American Society for Engineering Education*. Vancouver, BC, Canada. June 26 – 29, 2011.

14. Forsyth, J.B.*, Martin, T.L., Young-Corbett, D., Dorsa, E. (2011) Feasibility Study of a Wearable Carbon Monoxide Warning System for Construction Workers. *9th Annual IEEE International Conference on Pervasive Compting and Communications* (PerCom 2011). Seattle, WA. March 21-25, 2011.

15. Ghosh, S.*, Bhattacharjee, S., and Young-Corbett, D. (2011). Identifying Critical Barriers Inhibiting Use of ESPC in the Private Building Sector. *47th Annual International Conference of Associated Schools of Construction*. April 6-9, 2011. Omaha, Nebraska, USA.

16. Bhattacharjee, S., Ghosh, S.*, and Young-Corbett, D. (2011). Safety Improvement Approaches in Construction Industry: A Review and Future Directions. Proceedings of the 47th Annual International Conference of Associated Schools of Construction. April 6-9, 2011. Omaha, Nebraska, USA.

17. Ghosh, S.*, Young-Corbett, D., and Van Aken, E. (2011). Role of Social Interaction in Construction Production Planning: A Conceptual Model. *Proceedings of the Institute of Industrial Engineers (IIE) Annual Conference and Expo 2011*. May 21 – May 25, 2011, in Reno, Nevada, USA.

18. Young-Corbett, D and Ackerman, P. (2011). Condition Assessment Methodologies for Public School Indoor Environmental Health. *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate*. Austin, TX. June 5-10, 2011.

19. Ghosh, S.*, and Young-Corbett, D. (2011). Barriers to the Adoption of Prevention through Design (PtD) Controls among Masonry Workers. *International Council for Research and Innovation in Building and Construction Conference (CIB W099 Conference 2011),* Washington, DC, USA, August, 2011.

20. Weidman, J.E.*,Young-Corbett, D., Koebel, C.T., Fiori, C., and Montague, E.N. (2011). Prevention through Design: Use of the Diffusion of Innovation Model to Predict Adoption. *International Council for Research and Innovation in Building and Construction Conference (CIB W099 Conference 2011),* Washington, DC, USA. August, 2011.

21. Forsyth, J. B.*; Martin, T. L.; Young-Corbett, D.; Dorsa, E. (2012); , "Feasibility of Intelligent Monitoring of Construction Workers for Carbon Monoxide Poisoning," *Automation Science and Engineering, IEEE Transactions on* , vol.9, no.3, pp.505-515, July 2012 doi: 10.1109/TASE.2012.2197390

22. Young-Corbett, D. (2012). Life Cycle Assessment (LCA) of Asbestos and Lead Building Materials in Schools: Goal and Scope Definition. *ICSDC 2011: Integrating Sustainability Practices in the Construction Industry*; Eds. Wai Kiong, Oswald Chong,
and Christopher Hermreck; International Conference on Sustainable Design and Construction (ICSDC) 2011; Kansas City, Missouri, March 23-25, 2011.

23. Goldberg, A.* and Young-Corbett, D. (2014). Decision making in commercial construction. *Human Factors in Organizational Design and Management XI: Nordic Ergonomics Society Annual Conference 46.* Broberg, O., Fallentin, N., Hasle, P., Jensen, P.L., Kabel, A., Larsen, M.E., Weller, T. (editors). Copenhagen, Denmark. August 17-20, 2014.

*24.* Goldberg, A.* and Young-Corbett, D. (2014). Adoption Readiness of Prevention through Design (PtD) Controls in Concrete, Masonry, and Asphalt Roofing. *2014 Construction Research Congress.* Georgia Institute of Technology, Atlanta, GA, USA; May 19-21, 2014.

25. Dickerson, D. E., & Ackerman, P. J. (2016). Risk-based Maintenance Management of US Public School Facilities. In O. Chong, K. Parrish, P. Tang, D. Grau, & J. Chang (Eds.), ICSDEC 2016 - INTEGRATING DATA SCIENCE, CONSTRUCTION AND SUSTAINABILITY Vol. 145 (pp. 685-692). Arizona State Univ, Coll Avenue Commons, Tempe, AZ: ELSEVIER SCIENCE BV. doi:10.1016/j.proeng.2016.04.069

26. Dickerson, D.E. (2017). Current Trends and Stakeholder Perceptions of Radon-resistant Home Construction Engineering Sustainability 2017: Innovation and the Triple Bottom Line; Pittsburgh, PA. April 9-11.

27. Dickerson, D.E. (2017). Using the Environmental Relative Burden Index (ERBI) to Evaluate Pollution Prevention Options"Engineering Sustainability 2017: Innovation and the Triple Bottom Line; Pittsburgh, PA. April 9-11.

28. Dickerson, D.E. (2018). Total Worker Health® Approach to Improving Construction Worker Safety and Health. Institute of Industrial and Systems Engineers (IISE) Annual Conference and Expo 2018. Orlando, Florida. May 19-23, 2018.

29. Dickerson, D.E. (2018). Prevention through Design: Stakeholder Perceptions of PtD Solutions in Construction. Institute of Industrial and Systems Engineers (IISE) Annual Conference and Expo 2018. Orlando, Florida. May 19-23, 2018.

## Awards, Recognition, Invited Presentations

1. Best Paper Award
IEEE Transactions Best Paper of 2012:
Forsyth, J.B., Martin, T.L.,Young-Corbett, D.E., Dorsa, E. (2012). Feasibility of Intelligent Monitoring of Construction Workers for Carbon Monoxide Poisoning. Journal of IEEE Transactions on Automation Science and Engineering. 9(3): 505-515. (2011 Impact factor: 1.46) From the reviewers: "The selection is a very nice paper with a creative and highly practical innovation to protect construction workers from CO poisoning with an in-helmet sensor. The authors motivate their design, report the implementation details, develop an elegant model to filter out motion and to model reliability, and then perform a convincing user study."

2. Invited keynote presentations or lectures
    - *National Conference on Prevention through Design,* National Institute for Occupational Safety and Health. August 23, 2011. Arlington, VA. Invited to speak on Prevention through Design in Engineering Education.
    - *The Engineer of 2020 Workshop*, Purdue University. September 20, 2011. Invited to Speak on Prevention through Design.
    - *Prevention through Design Workshop 2021,* Arizona State University. May 26-27, 2021. Keynote speaker on Prevention through Design for Health Hazards.

## Service Activities

- Instructor, Certified Product Safety Professional program, Society of Product Safety Professionals®, Arlington VA (2022-present)
- National Institute for Occupational Safety and Health, National Occupational Research Agenda (NORA) Construction Sector Council (2017-present)
- National Institute for Occupational Safety and Health, National Occupational Research Agenda (NORA); Healthy Work Design and Wellbeing Cross Sector Council (2018-present)
- National Institute for Occupational Safety and Health (NIOSH) advisory committee on Prevention through Design (2008-2015)
- Member: American Society of Safety Professionals, American Industrial Hygiene Association, Human Factors and Ergonomics Society