# Exhibit 11

## Arc Environmental Report

Arc Environmental

INSPECTION | COMPLIANCE | REMEDIATION

April 21, 2022

Mr. John Hernandez, Claim Specialist
State Farm Insurance Company
P.O. Box 106169
Atlanta, GA 30348-6169

**RE: Indoor Air Quality Assessment – Zamd Residence – Claim: 0925F624N**
**1338 L Street, SE, Washington, District of Columbia**

Dear Mr. Hernandez

In response to your request for industrial hygiene services, Arc Environmental, LLC (Arc Environmental) performed a limited indoor air quality assessment within the residence located at 1338 L Street, SE, in Washington, DC (Site). The request for industrial hygiene services was prompted following tenant concerns associated with allergic and respiratory symptoms associated with the upstairs, top level of the residence. Arc Environmental Senior Industrial Hygienists, Mr. Edward Rodriguez, and Mr. Brian Cockrell, performed the indoor air quality assessments on January 24, January 31, and March 15, 2022.

**BACKGROUND:**

The resident reported that in the past they had observed rodent (mouse) issues in the attic space of the residence, specifically that the rodents were nesting in the attic insulation. Approximately 1 ½ to 2 years ago, the insulation was replaced with a rodent repellent insulation fill for the attic which was to deter further rodent presence. At the time of the replacement of the old insulation, the material was thrown down the attic access to the floor areas below and then dragged to the alleyway for disposal. Since the insulation was replaced, the resident and her partner have displayed allergic and respiratory issues whenever they are in the topmost level of the residence, and have difficulty breathing and experienced headaches and other symptoms while in this area.

The resident also stated that at the end of 2019, they noticed a small water leak in the bedroom. The leak was fixed in January of 2020, and that they had no respiratory or allergic reactions when the leak occurred or after it was fixed. Their symptoms coincided with the installation of the rodent repellent insulation in the attic.

The scope of work for the residence was to perform a visual inspection of the residence and to perform air sampling for the two (2) main components of the replacement insulation, Mineral Oil (as Gravimetric Oil Mist) and Boric Acid (as Boron) to determine potential levels of these contaminants in the air. Additionally, mold-in-air sampling and surface swab samples to assess potential mouse urine proteins (MUS) were performed in areas associated with the top level of the residence.

**SECTION 1: VISUAL INSPECTION**

Arc Environmental performed a visual inspection at the Site for the presence of visible microbial growth and/or evidence of moisture damage during the site visits performed on January 24 and 31, 2022. During the assessments of the residence, the following observations were made:

- Signs of a previous water leak was observed on the ceiling area of the top-level bedroom;
- No signs of active water intrusion were observed during the site visits; and

- No signs of suspect microbial growth were observed during the site visits.

## SECTION 2: METHODOLOGY

### Environmental Sampling – Gravimetric Oil Mist (Mineral Oil)

Upon completion of the visual inspection, gravimetric oil mist air sampling was conducted using a low flow air sampling pump calibrated via rotameter to draw air at a flowrate of two liters per minute (2 LPM) for sixty (60) minutes per sample. The samples were delivered to SGS Galson, Inc. (Galson), located in East Syracuse, New York. Galson analyzed the samples via NIOSH Method 0500 Modified.

### Environmental Sampling – Boron (Boric Acid)

Upon completion of the visual inspection, boron air sampling was conducted using a low flow air sampling pump calibrated via rotameter to draw air at a flowrate of two liters per minute (2 LPM) for sixty (60) minutes per sample. The samples were delivered to SGS Galson, Inc. (Galson), located in East Syracuse, New York. Galson analyzed the samples via NIOSH Method 7303.

### Environmental Sampling – Non-Viable Spore Trap Air Sampling

Upon completion of the visual inspection, non-viable spore trap air sampling was conducted using an AeroTrap Portable Sampler containing an impaction slide, across which air is drawn by an internal pump calibrated via rotameter to draw air at a flowrate of fifteen liters per minute (15 LPM) for five (5) minutes per sample. The samples were delivered to AMA Analytical Services, Inc. (AMA), located in Lanham, Maryland. AMA prepared slides with the collected impactor plate samples and performed counts and identification of mold spores and other particulates via optical microscopy.

### Environmental Sampling – Mouse Allergens (Mouse urine proteins)

Upon completion of the visual inspection, samples were collected on January 24 and March 15, 2022 from areas within the residence to assess the potential presence of mouse allergens. The samples were collected using sterile, prepared surface swabs which were used to swab a four (4) square inch area and then were sealed within the sterile packaging following sampling. The samples were delivered to Indoor Biotechnologies (InBio), located in Charlottesville, Virginia. InBio screened the samples for mouse allergens using Enzyme-Linked ImmunoSorbent Assay (ELISA) Methodology.

## SECTION 3: RESULTS

### Gravimetric Oil Mist (Mineral Oil) Sampling

Analytical results for the gravimetric oil mist samples collected by Arc Environmental and submitted to Galson for analysis are summarized in the table below. A copy of the laboratory analytical report is included in Appendix A.

| Sample Number | Location | Result | OSHA PEL |
|---|---|---|---|
| O-1 | Bedroom 1 (left of bathroom) | <0.42 mg/m$^3$ | 5 mg/m$^3$ |
| O-2 | Bedroom 2 (right of bathroom) | <0.42 mg/m$^3$ | 5 mg/m$^3$ |
| O-3 | Hallway underneath access hatch to attic area | <0.42 mg/m$^3$ | 5 mg/m$^3$ |

| Sample Number | Location | Result | OSHA PEL |
|---|---|---|---|
| O-4 | In attic area | <0.42 mg/m$^3$ | 5 mg/m$^3$ |

**Boron (Boric Acid) Sampling**

Analytical results for the boron samples collected by Arc Environmental and submitted to Galson for analysis are summarized in the table below. A copy of the laboratory analytical report is included in Appendix A.

| Sample Number | Location | Result | OSHA PEL |
|---|---|---|---|
| B-1 | Bedroom 1 (left of bathroom) | <0.013 mg/m$^3$ | 15 mg/m$^3$ |
| B-2 | Bedroom 2 (right of bathroom) | <0.013 mg/m$^3$ | 15 mg/m$^3$ |
| B-3 | Hallway underneath access hatch to attic area | <0.013 mg/m$^3$ | 15 mg/m$^3$ |
| B-4 | In attic area | <0.013 mg/m$^3$ | 15 mg/m$^3$ |

**Non-Viable Spore Trap Air Sampling**

Analytical results for the non-viable spore trap samples collected by Arc Environmental and submitted to EMSL for analysis are summarized in the table below. A copy of the laboratory analytical report is included in Appendix A.

| Fungal Particle Type | 1338-1 Bedroom 1 (right of bathroom) | 1338-2 Hallway | 1338-3 Bedroom 2 (left of bathroom) | 1338-4 Exterior Control |
|---|---|---|---|---|
| Ascospores | -- | 51 | 51 | -- |
| Basidiospores | -- | 51 | -- | 51 |
| Cladosporium | 102 | 204 | <51 | -- |
| Pennicillium/Aspergillus | <51 | 153 | 102 | 51 |
| Smuts/Periconia/Myxomycetes | -- | <51 | 1071 | 51 |
| **TOTAL FUNGAL COUNTS** | **102** | **459** | **1224** | **153** |

There are no regulatory standards for acceptable mold concentrations indoors, however standard industry practice recommends the designation of an occupied space as adversely microbially-impacted when the concentration of a particular mold genus reaches an order of magnitude (≥ 10x) above that of the outdoor environment. Laboratory analysis of the collected air samples did indicate the presence of elevated indoor fungal counts; specifically, Smuts/Periconia/Myxomycetes spore counts found in the sample collected from the Bedroom 2 (left of bathroom) was found to be moderately elevated above the outdoor concentration (51). The variance between the indoor and exterior samples indicates that an elevated level of mold was present at the time of the assessment in this area.

**Mouse Allergens (Mouse urine proteins) Sampling**

Analytical results for the mouse allergen (mouse urine protein) samples collected by Arc Environmental and submitted to InBio for analysis are summarized in the table below. Copies of the laboratory analytical reports are included in Appendix A.

| January 24, 2022 | | | |
|---|---|---|---|
| **Sample Number** | **Location** | **Result*** | **Sensitization Level*** |
| S-1 | Kitchen floor by refrigerator | 0.14 ng/mL | 1.6 mg/g (ng/mL) |
| S-2 | Kitchen floor in corner by oven | 0.07 ng/mL | 1.6 mg/g (ng/mL) |
| S-3 | Kitchen floor by dishwasher | 0.05 ng/mL | 1.6 mg/g (ng/mL) |

*=nanogram per milliliter

The results for the MUS protein swabs collected on January 24, 2022 ranged from 0.05 to 0.14 ng/ml for the samples collected in the Kitchen area. The levels displayed by the sample results were below the 1.6 mg/g (also measured as ng/ml) which is the level at which sensitization to mouse allergens is noted to occur.

| March 15, 2022 | | | |
|---|---|---|---|
| **Sample Number** | **Location** | **Result*** | **Sensitization Level*** |
| S-1-1 | Hallway floor under attic access | 0.02 ng/mL | 1.6 mg/g (ng/mL) |
| S-2-1 | Hallway floor at door to Bedroom 2 (right of bathroom) | 0.05 ng/mL | 1.6 mg/g (ng/mL) |
| S-3-1 | Bedroom 2 floor by entry door | 0.04 ng/mL | 1.6 mg/g (ng/mL) |
| S-4-1 | Bedroom 2 floor center of room | 0.04 ng/mL | 1.6 mg/g (ng/mL) |
| S-5-1 | Bedroom 2 floor by window | 0.01 ng/mL | 1.6 mg/g (ng/mL) |

*=nanogram per milliliter

The results for the MUS protein swabs collected on March 15, 2022 ranged from 0.01 to 0.05 ng/ml for the samples collected in the Top Floor Level area. The levels displayed by the sample results were below 1.6 mg/g (also measured as ng/ml) which is the level at which sensitization to mouse allergens is noted to occur.

## SECTION 4: CONCLUSIONS & RECOMMENDATIONS

Based on the findings of the visual inspection and subsequent laboratory analysis, Arc Environmental makes the following conclusions and recommendations:

- The sampling for the two main components of the insulation in the attic (Boric Acid and Mineral Oil) yielded sample results which were low, but detectable levels. All samples were well below the applicable OSHA Permissible Exposure Levels (PELs) for each analyte tested;
- The mold sample results indicate there was a moderate level of mold present in the Bedroom (left of bathroom) area during the time of the survey on January 31, 2022;

- The results for both sampling events for the mouse allergens (mouse urine proteins) displayed low levels of mouse allergens which were all below the level of sensitization for mouse allergens;
- Between the time of the initial site visit on January 24, 2022 and the final site visit on March 15, 2022, the top level of the residence was renovated and all drywall walls and ceilings were removed from this area. The area was in the process of being finished during the final site visit on March 15, 2022. This work served to remove the areas in the Bedroom where the presence of mold was identified during the January 31, 2022 site visit;
- The resident noted to the inspector that following the removal of the drywall walls and ceilings in the top level of the residence, their allergic and respiratory symptoms were no longer present when they were present in the top level of the residence;
- Arc Environmental would have recommended the removal/repair of the water-stained areas of drywall ceiling from the Bedroom (left of bathroom) as water-impacted materials may be sources of potential microbial growth and cause associated allergenic responses; however, the removal of all of the drywall walls and ceilings from the top-level area of the residence has already been performed, and new drywall had been installed in these areas at the time of the last site visit;
- Based on the analytical data which indicated no abnormal parameters for the contaminants of concern (aside from the Bedroom where elevated fungal particulate was identified) and the completion of the removal of water-damaged drywall from the Bedroom, Arc Environmental concludes that no additional remediation is required at this time.

Arc Environmental is pleased to have performed this survey and report for State Farm Insurance. Please contact our office with any questions or concerns.

Sincerely,
**Arc Environmental, LLC**

Edward Rodriguez
Director of Industrial Hygiene Services

# Appendix A

# Laboratory Analytical Results

SGS GALSON

Edward Rodriguez
Arc Environmental, Inc.
1311 Haubert Street
Baltimore, MD 21230

January 28, 2022

Account# 18093

Login# L556404

Dear Edward Rodriguez:

Enclosed are the analytical results for the samples received by our laboratory on January 26, 2022. All samples on the chain of custody were received in good condition unless otherwise noted. Any additional observations will be noted on the chain of custody.

Please contact client services at (888) 432-5227 if you would like any additional information regarding this report. Thank you for using SGS Galson.

Sincerely,

SGS Galson

Lisa Swab

Lisa Swab
Laboratory Director

Enclosure(s)

SGS GALSON

ANALYTICAL REPORT

## Terms and Conditions & General Disclaimers

- This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
- Any holder of this document is advised that information contained herein reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

## Analytical Disclaimers

- Unless otherwise noted within the report, all quality control results associated with the samples were within established control limits or did not impact reported results.
- Note: The findings recorded within this report were drawn from analysis of the sample(s) provided to the laboratory by the Client (or a third party acting at the Client's direction). The laboratory does not have control over the sampling process, including but not limited to the use of field equipment and collection media, as well as the sampling duration, collection volume or any other collection parameter used by the Client. The findings herein constitute no warranty of the sample's representativeness of any sampled environment, and strictly relate to the samples as they were presented to the laboratory. For recommended sampling collection parameters, please refer to the Sampling and Analysis Guide at www.sgsgalson.com.
- Unrounded results are carried through the calculations that yield the final result and the final result is rounded to the number of significant figures appropriate to the accuracy of the analytical method. Please note that results appearing in the columns preceding the final result column may have been rounded and therefore, if carried through the calculations, may not yield an identical final result to the one reported.
- The stated LOQs for each analyte represent the demonstrated LOQ concentrations prior to correction for desorption efficiency (if applicable).
- Unless otherwise noted within the report, results have not been blank corrected for any field blank or method blank data.

**Accreditations** SGS Galson holds a variety of accreditations and recognitions. Our quality management system conforms with the requirements of ISO/IEC 17025. Where applicable, samples may also be analyzed in accordance with the requirements of ELAP, NELAC, or LELAP under one of the state accrediting bodies listed below. Current Scopes of Accreditation can be viewed at http://www.sgsgalson.com in the accreditations section of the "About" page. To determine if the analyte tested falls under our scope of accreditation, please visit our website or call Client Services at (888) 432-5227.

| National/International | Accreditation/Recognition | Lab ID# | Program/Sector |
|---|---|---|---|
| AIHA-LAP, LLC - IHLAP, ELLAP, EMLAP | ISO/IEC 17025 and USEPA NLLAP | Lab ID 100324 | Industrial Hygiene, Environmental Lead, Environmental Microbiology |

| State | Accreditation/Recognition | Lab ID# | Program/Sector |
|---|---|---|---|
| New York (NYSDOH) | ELAP and NELAC (TNI) | Lab ID: 11626 | Air Analysis, Solid and Hazardous Waste |
| New Jersey (NJDEP) | NELAC (TNI) | Lab ID: NY024 | Air Analysis |
| Louisiana (LDEQ) | LELAP | Lab ID: 04083 | Air Analysis, Solid Chemical Materials |

## Legend

< - Less than
> - Greater than
l - Liters
LOQ - Limit of Quantitation
ft2 - Square Feet
mg - Milligrams
ug - Micrograms
m3 - Cubic Meters
kg - Kilograms
cm2 - Square Centimeters
MDL - Method Detection Limit
NA - Not Applicable
NS - Not Specified
ND - Not Detected
in2 - Square Inches
ppb - Parts per Billion
ppm - Parts per Million
ppbv - ppb Volume
ppmv - ppm Volume
ng - Nanograms

SGS GALSON

LABORATORY ANALYSIS REPORT

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.sgsgalson.com

Client : Arc Environmental, Inc.
Site : 1338 L STREET SE
Project No. : ZAND RESIDUE
Date Sampled : 24-JAN-22
Date Received : 26-JAN-22

Account No.: 18093
Login No. : L556404

Date Analyzed : 27-JAN-22
Report ID : 1284716

**Boron**

| Sample ID | Lab ID | Air Vol liter | Total ug | Conc mg/m3 |
|---|---|---|---|---|
| B-1 | L556404-5 | 120 | <1.5 | <0.013 |
| B-2 | L556404-6 | 120 | <1.5 | <0.013 |
| B-3 | L556404-7 | 120 | <1.5 | <0.013 |
| B-4 | L556404-8 | 120 | <1.5 | <0.013 |

COMMENTS: Please see attached lab footnote report for any applicable footnotes.

Level of Quantitation: 1.5 ug
Analytical Method : mod. NIOSH 7303; ICP
Collection Media : MCE UW 37mm

Submitted by: EJB/CAW/MEL
Date : 28-JAN-22
Supervisor : KEG

Approved by: JJL

Campbell000062

SGS GALSON

LABORATORY ANALYSIS REPORT

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.sgsgalson.com

Client : Arc Environmental, Inc.
Site : 1338 L STREET SE
Project No. : ZAND RESIDUE
Date Sampled : 24-JAN-22
Date Received : 26-JAN-22

Account No.: 18093
Login No. : L556404

Date Analyzed : 27-JAN-22
Report ID : 1284398

**Gravimetric Oil Mist**

| Sample ID | Lab ID | Air Vol liter | Total mg | Conc mg/m3 |
|---|---|---|---|---|
| 0-1 | L556404-1 | 120 | <0.050 | <0.42 |
| 0-2 | L556404-2 | 120 | <0.050 | <0.42 |
| 0-3 | L556404-3 | 120 | <0.050 | <0.42 |
| 0-4 | L556404-4 | 120 | <0.050 | <0.42 |

COMMENTS: Please see attached lab footnote report for any applicable footnotes.

Level of Quantitation: 0.050 mg
Analytical Method : mod. NIOSH 0500; Gravimetric
Collection Media : PTFE PW 1u 37mm

Submitted by: EAP
Date : 27-JAN-22
Supervisor : KEG

Approved by: JMR



Campbell000063

SGS GALSON

LABORATORY FOOTNOTE REPORT

6601 Kirkville Road
East Syracuse, NY 13057
(315) 432-5227
FAX: (315) 437-0571
www.sgsgalson.com

Client Name : Arc Environmental, Inc.
Site : 1338 L STREET SE
Project No. : ZAND RESIDUE

Date Sampled : 24-JAN-22
Date Received: 26-JAN-22
Date Analyzed: 27-JAN-22

Account No.: 18093
Login No. : L556404

L556404 (Report ID: 1284716):

For applicable NYS sampling events, laboratory accreditation through NYSDOH applies only to Lead results.
Reported results reflect elemental analysis of the requested metals. Certain compounds may not be solubilized during digestion, resulting in data that is biased low.
SOPs: MT-SOP-27(13), MT-SOP-29(9)

L556404 (Report ID: 1284716):

Accuracy and mean recovery data presented below is based on a 95% confidence interval (k=2). The estimated accuracy applies to the media, technology, and SOP referenced in this report and does not account for the uncertainty associated with the sampling process. The accuracy is based solely on spike recovery data from internal quality control samples. Where N/A appears below, insufficient data is available to provide statistical accuracy and mean recovery values for the associated analyte.

| Parameter | Accuracy | Mean Recovery |
|---|---|---|
| Boron | +/-9.6% | 97.9% |

L556404 (Report ID: 1284398):

SOPs: GRAV-SOP-5(31), GRAV-SOP-6(25)

L556404 (Report ID: 1284398):

Accuracy and mean recovery data presented below is based on a 95% confidence interval (k=2). The estimated accuracy applies to the media, technology, and SOP referenced in this report and does not account for the uncertainty associated with the sampling process. The accuracy is based solely on spike recovery data from internal quality control samples. Where N/A appears below, insufficient data is available to provide statistical accuracy and mean recovery values for the associated analyte.

| Parameter | Accuracy | Mean Recovery |
|---|---|---|
| Gravimetric Oil Mist | +/-7.4% | 103% |

Campbell000064

816563164882
Date:01/26/22
Shipper:FEDEX
Initials:MAK
Prep:UNKNOWN

L5564404

44

# GALSON CHAIN OF CUSTODY

DPL

| Turn Around Time (TAT): | (surcharge) |
|---|---|
| ☑ Standard | 0% |
| ☐ 4 Business Days | 35% |
| ☐ 3 Business Days | 50% |
| ☐ 2 Business Days | 75% |
| ☐ * Next Day by 6pm | 100% |
| ☐ Next Day by Noon | 150% |
| ☐ Same Day | 200% |

☐ Samples submitted using the FreePumpLoan™ Program
☐ Samples submitted using the FreeSamplingBadges™ Program

You may edit and complete this COC electronically by logging in to your Client Portal account at https://portal.galsonlabs.com/

Client Acct No.: 18093
Original Prep No.: PSY640382
CS Rep: JTRAINER
Online COC No.: 240551

Report To : Edward Rodriguez
Company Name : Arc Environmental, Inc.
Address 1 : 1311 Haubert Street
Address 2 :
City, State Zip : Baltimore, MD 21230
Phone No. : 410 - 659 - 9971
Cell No. : 301 - 706 - 2279
Email reports to : erodriguez@arcenvironmental.com
Comments :

Invoice To : Accounts Payable
Company Name : Arc Environmental, Inc.
Address 1 : 1311 Haubert Street
Address 2 :
City, State Zip : Baltimore, MD 21230
Phone No. : 410 - 659 - 9971
Email Address : accountspayable@arcenvironmental.com
Comments :
P.O. No. :
Payment info. : ☐ I will call SGS Galson to provide credit card info
☐ Card on File (enter the last five digits on the line below)

Comments :

State Sampled : DC

Please indicate which OEL(s) this data will be used for : ☐ OSHA PEL ☐ ACGIH TLV ☐ MSHA ☐ Cal OSHA ☐ IAQ : ______ Specify Limit(s) ☐ Other : ______ Specify Other

Site Name : 1338 L Street SE
Project : Zand Residence
Sampled By : Ed Rodriguez
List description of industry or Process/interferences present in sampling area : Residence

| Sample ID * (Maximum of 20 Characters) | Date Sampled * | Collection Medium | Sample Volume Sample Time Sample Area * | Liters Minutes in², cm², ft² * | Analysis Requested | Method Reference ^ | Hexavalent Chromium Process (e.g., welding, plating, painting, etc.) |
|---|---|---|---|---|---|---|---|
| [illegible] O-1 | 1/24/2022 | 37mm 1um PW PTFE, 2pc (black band) | 60m | 120L | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |
| O-2 | ↓ | 37mm 1um PW PTFE, 2pc (black band) | 60m | 120L | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |

☐ ^ If the method(s) indicated on the COC are not our routine/preferred method(s), we will substitute our routine/preferred methods. If this is not acceptable, check here to have us contact you.

| Chain of Custody | Print Name / Signature | | Date | Time | | Print Name / Signature | | Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| Relinquished By : | | | | | Received By : | | | | |
| Relinquished By : | | | | | Received By : | Michelle Krause | Michelle Krause | 1/26/22 | 1013 |

* You must fill in these columns for any samples which you are submitting.
Samples received after 3pm will be considered as next day's business.

Online COC No. : 240551
Prep No. : PSY640382
Account No. : 18093
Draft : 1/12/2022 11:11:43 AM

All services are rendered in accordance with the applicable SGS General Conditions of Service accessible via: http://www.sgs.com/en/Terms-and-Conditions.aspx

Campbell000065



SGS North America Inc. | 6601 Kirkville Road E. Syracuse, NY 13057, USA t +1 888 432 5227 | +1 315 432 5227 www.galsonlabs.com | www.sgs.com



Member of the SGS Group (SGS SA)

# SGS GALSON CHAIN OF CUSTODY

Comments :

| Sample ID * (Maximum of 20 Characters) | Date Sampled * | Collection Medium | Sample Volume Sample Time Sample Area * | Liters Minutes in², cm², ft² * | Analysis Requested | Method Reference ^ | Hexavalent Chromium Process (e.g., welding, plating, painting, etc.) |
|---|---|---|---|---|---|---|---|
| O-3 | 1/24/2022 | 37mm 1um PW PTFE, 2pc (black band) | 60M | 120L | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |
| O-4 | ↓ | 37mm 1um PW PTFE, 2pc (black band) | 60M | 120L | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |
| | | 37mm 1um PW PTFE, 2pc (black band) | | | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |
| | | 37mm 1um PW PTFE, 2pc (black band) | | | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |
| | | 37mm 1um PW PTFE, 2pc (black band) | | | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |
| | | 37mm 1um PW PTFE, 2pc (black band) | | | Gravimetric Oil Mist | mod. NIOSH 0500; Gravimetric | |
| B-1 | 1/24/2022 | 37mm MCE Filter N/G | 60M | 120L | Boron | NIOSH 7303 | |
| B-2 | ↓ | ↓ | 60M | 120L | ↓ | ↓ | |
| B-3 | ↓ | ↓ | 60M | 120L | ↓ | ↓ | |
| B-4 | ↓ | ↓ | 60M | 120L | ↓ | ↓ | |
| | | SL 1/26/22 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☐ ^ If the method(s) indicated on the COC are not our routine/preferred method(s), we will substitute our routine/preferred methods. If this is not acceptable, check here to have us contact you.

| Chain of Custody | Print Name / Signature | | Date | Time | | Print Name / Signature | | Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| Relinquished By : | Ed Rodriguez | [signature] | 1/25/2022 | 5pm | Received By : | | | | |
| Relinquished By : | | | | | Received By : | Michelle Krause | Michelle Krause | 1/26/22 | 0853 |

* You must fill in these columns for any samples which you are submitting.

Samples received after 3pm will be considered as next day's business.

Online COC No. : 240551
Prep No. : PSY640382
Account No. : 18093
Draft : 1/12/2022 11:11:43 AM

All services are rendered in accordance with the applicable SGS General Conditions of Service accessible via: http://www.sgs.com/en/Terms-and-Conditions.aspx

Campbell000066



SGS North America, Inc. | 6601 Kirkville Road E. Syracuse, NY 13057, USA t +1 888 432 5227 | +1 315 432 5227 www.galsonlabs.com | www.sgs.com



Member of the SGS Group (SGS SA)

INDOOR biotechnologies INC

700 Harris Street
Charlottesville VA, 22903
(434) 984-2304
www.inbio.com

***Indoor Allergen Analysis Report***
***Allergen Analysis Results***
**InBio® Services**

***Batch ID:*** 22-0040M

E=ELISA, M=MARIA, T=Endotoxin, Z=Enzyme

***Arc Environmental Inc.***
Edward Rodriguez
1311 Haubert Street
Baltimore, MD 21230
***PHONE:*** 410-659-9971 ***FAX:*** 443-864-7464

***Project ID#*** Order #3269

***Date RECEIVED:*** 2/8/2022
***Date Assayed:*** 2/9/2022
***Date Reported:*** 2/10/2022 3:26:13 PM

**Mus m 1 results reported as nanogram allergen per sample (extracted in 1mL buffer).**

| *Accession:* | *Sample:* | *Mouse* **Mus m 1** |
|---|---|---|
| 222-0237 | S-1 | 0.14 |
| 222-0238 | S-2 | 0.07 |
| 222-0239 | S-3 | 0.05 |

***NES = Insufficient sample for the assay***

***Results apply only to the samples tested as provided by the customer.***

***The reporting limit is 0.01 ng/mL for Mus m 1.***

***MARIA® allergen analysis data is aquired using Bio-Plex® 100/200 instrument and Bio-Plex® Manager 6.1 software.***



Campbell000067

**Mus m 1 results reported as nanogram allergen per sample (extracted in 1mL buffer).**

| ***Accession:*** | ***Sample:*** | ***Mouse*** **Mus m 1** |
|---|---|---|

**Guidelines:*** The following guidelines for Dermatophagoides mite, cat, dog and cockroach allergen levels in house dust have been proposed: 1,2,3,6

| | | MITE Group 1 | CAT/DOG | Bla g 1 | Bla g 2 |
|---|---|---|---|---|---|
| LOW | (not sufficient to cause allergic symptoms) | < 2 µg Mite Group 1/g dust | < 0.2 µg Fel d 1 or Can f 1/g dust | < 0.10 µg Bla g 1/g dust | < 0.20 µg Bla g 2/g dust |
| SIGNIFICANT | (risk for sensitization and bronchial hyperactivity) | 2-10 µg Mite Group 1/g dust | 8-20 µg Fel d 1 or Can f 1/g dust | 0.10-0.80 µg Bla g 1/g dust | 0.20-0.4 µg Bla g 2/g dust |
| HIGH | (risk for acute asthmatic attack) | > 10 µg Mite Group 1/g dust | 1-8 µg Fel d 1 or Can f 1/g dust | >0.80 µg Bla g 1/g dust | > 1 µg Bla g 2/g dust |

**CAT/DOG** The results of two studies have observed that increased exposure to high levels of Fel d 1 and Can f 1 have caused individuals to develop a tolerance, which means that individuals could potentially be exposed to 8-20 µg/g dust and only experience mild allergic symptoms. Individuals with less exposure to high levels of Fel d 1 and Can f 1 (1-8µg/g dust) may experience more severe allergic symptoms. 2,4,6

**COCKROACH** Some investigators feel that any detectable level of cockroach allergen is clinically significant because its presence identifies a building in which persons who are cockroach allergic are at risk to develop symptoms because of exposure. 5,6

1. J. Allergy Clin Immunol 1989; 83:416-427.
2. Amer Rev Respir Dis 1990; 141:361-367
3. Amer Rev Respir Dis 1993; 147:573-578
4. Amer J Res Crit Care Med 1997; 155:94-98
5. J. Allergy Clin Immunol 1997; 100:S1-S24
6. Pediatric Allergy Principles and Practice 2003; 261-68

* This report furnishes information only and is not intended to be an interpretation of the results. Whether an individual suffers allergic symptoms or not depends not only on the level of allergens in his/her environment but also on his/her medical history and previous exposure.

***Uncertainty of Measurement for MARIA®:***

| Der p 1 | Der f 1 | Mite Group 2 | Fel d 1 | Can f 1 | Rat n 1 | Mus m 1 | Bla g 2 |
|---|---|---|---|---|---|---|---|
| 22.4 | 24.2 | 32.4 | 31.7 | 22.8 | 31.8 | 23.7 | 26.7 |

***Allergen quantification using the MARIA® multiplex method is based on calibration standards formulated from purified natural or recombinant allergens, with concentration determined by Amino Acid Analysis. Allergen concentrations determined using this method, and as provided in this Allergen Analysis Report, including limits of detection, are subject to the measurement uncertainty shown in the chart above (expressed as a percentage). For example, a reported value of 10µg/g Der p 1 could range from 7.76 to 12.24µg/g.***

***Report reviewed and approved by:***
***Stephanie Filep, BS***
***Director of Laboratory Services***

Stephanie Filep

**CONFIDENTIALITY NOTICE:** This report may contain confidential or privileged information that is solely for the use of the intended recipient(s). If they have come to you in error you must take no action based on them, nor must you copy or communicate them to anyone. Please notify us immediately and delete this communication.

Campbell000068

***NES = Insufficient sample for the assay***

***Results apply only to the samples tested as provided by the customer.***

***The reporting limit is 0.01 ng/mL for Mus m 1.***

***MARIA® allergen analysis data is aquired using Bio-Plex® 100/200 instrument and Bio-Plex® Manager 6.1 software.***

AMA Analytical Services, Inc.
Focused On Results.

Accredited Laboratory · Lab ID # 100470

# CERTIFICATE OF ANALYSIS

## ASTM D7391-09 Spore Trap Analysis Report

| | | | | | |
|---|---|---|---|---|---|
| **Chain of Custody:** | 334005 | **Job Name:** | Zand | **Date Submitted:** | 01/31/2022 |
| **Client:** | Arc Environmental | **Job Location:** | 1338 L Street SE | **Person Submitting:** | Brian Cockrell |
| **Address:** | 1311 Haubert Street | **Job Number:** | Not Provided | **Date Analyzed:** | 02/02/2022 |
| | Baltimore, MD 21230 | **P.O. Number:** | Not Provided | **Report Date:** | 02/02/2022 |
| **Attention:** | Ed Rodriguez | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **AMA Sample #** | 334005-1 | **AMA Sample #** | 334005-2 | **AMA Sample #** | 334005-3 |
| **Client ID** | 1338-1 | **Client ID** | 1338-2 | **Client ID** | 1338-3 |
| **Analyst ID** | TLW | **Analyst ID** | TLW | **Analyst ID** | TLW |
| **Collection Apparatus** | Buck BioSlide | **Collection Apparatus** | Buck BioSlide | **Collection Apparatus** | Buck BioSlide |
| **Sample Volume (L)** | 75 | **Sample Volume (L)** | 75 | **Sample Volume (L)** | 75 |
| **Sample Condition** | Acceptable | **Sample Condition** | Acceptable | **Sample Condition** | Acceptable |
| **Debris Loading** | 2 | **Debris Loading** | 2 | **Debris Loading** | 1 |
| **Location** | Bedroom 1 | **Location** | Hallway | **Location** | Bedroom 2 |

**Sample 334005-1 (Bedroom 1)**

| | Raw Ct | Trav/Flds | A.S. | sp/m$^3$ | % |
|---|---|---|---|---|---|
| Alternaria | | | | | |
| Ascospores | | | | | |
| Basidiospores | | | | | |
| Bipolaris/Drechslera/Helm. | | | | | |
| Chaetomium | | | | | |
| Cladosporium | 2 | 15 | 51 | 102 | 100% |
| Curvularia | | | | | |
| Penicillium / Aspergillus | Present | 15 | 51 | <51 | |
| Smuts/Periconia/Myxomycetes | | | | | |
| Stachybotrys/Memnoniella | | | | | |
| Ulocladium | | | | | |
| Unknown | | | | | |
| Hyphal Fragments* | 1 | 15 | 51 | 51 | 50% |
| **Total Raw Ct:** | 2 | | **Total sp/m$^3$:** | 102 | |

**Comments**

**Sample 334005-2 (Hallway)**

| | Raw Ct | Trav/Flds | A.S. | sp/m$^3$ | % |
|---|---|---|---|---|---|
| Alternaria | | | | | |
| Ascospores | 1 | 15 | 51 | 51 | 11.1% |
| Basidiospores | 1 | 15 | 51 | 51 | 11.1% |
| Bipolaris/Drechslera/Helm. | | | | | |
| Chaetomium | | | | | |
| Cladosporium | 4 | 15 | 51 | 204 | 44.4% |
| Curvularia | | | | | |
| Penicillium / Aspergillus | 3 | 15 | 51 | 153 | 33.3% |
| Smuts/Periconia/Myxomycetes | Present | 15 | 51 | <51 | |
| Stachybotrys/Memnoniella | | | | | |
| Ulocladium | | | | | |
| Unknown | | | | | |
| Hyphal Fragments* | | | | | |
| **Total Raw Ct:** | 9 | | **Total sp/m$^3$:** | 459 | |

**Comments**

**Sample 334005-3 (Bedroom 2)**

| | Raw Ct | Trav/Flds | A.S. | sp/m$^3$ | % |
|---|---|---|---|---|---|
| Alternaria | | | | | |
| Ascospores | 1 | 15 | 51 | 51 | 4.2% |
| Basidiospores | | | | | |
| Bipolaris/Drechslera/Helm. | | | | | |
| Chaetomium | | | | | |
| Cladosporium | Present | 15 | 51 | <51 | |
| Curvularia | | | | | |
| Penicillium / Aspergillus | 2 | 15 | 51 | 102 | 8.3% |
| Smuts/Periconia/Myxomycetes | 21 | 15 | 51 | 1071 | 87.5% |
| Stachybotrys/Memnoniella | | | | | |
| Ulocladium | | | | | |
| Unknown | | | | | |
| Hyphal Fragments* | 1 | 15 | 51 | 51 | 4.2% |
| **Total Raw Ct:** | 24 | | **Total sp/m$^3$:** | 1224 | |

**Comments**

Campbell000069

AMA Analytical Services, Inc.
Focused On Results.

# CERTIFICATE OF ANALYSIS

## ASTM D7391-09 Spore Trap Analysis Report

| | | | | | |
|---|---|---|---|---|---|
| **Chain of Custody:** | 334005 | **Job Name:** | Zand | **Date Submitted:** | 01/31/2022 |
| **Client:** | Arc Environmental | **Job Location:** | 1338 L Street SE | **Person Submitting:** | Brian Cockrell |
| **Address:** | 1311 Haubert Street<br>Baltimore, MD 21230 | **Job Number:** | Not Provided | **Date Analyzed:** | 02/02/2022 |
| | | **P.O. Number:** | Not Provided | **Report Date:** | 02/02/2022 |
| **Attention:** | Ed Rodriguez | | | | |

| | |
|---|---|
| **AMA Sample #** | 334005-4 |
| **Client ID** | 1338-4 |
| **Analyst ID** | TLW |
| **Collection Apparatus** | Buck BioSlide |
| **Sample Volume (L)** | 75 |
| **Sample Condition** | Acceptable |
| **Debris Loading** | 2 |
| **Location** | Outside |

| | Raw Ct | Trav/Flds | A.S. | sp/m$^3$ | % |
|---|---|---|---|---|---|
| Alternaria | | | | | |
| Ascospores | | | | | |
| Basidiospores | 1 | 15 | 51 | 51 | 33.3% |
| Bipolaris/Drechslera/Helm. | | | | | |
| Chaetomium | | | | | |
| Cladosporium | | | | | |
| Curvularia | | | | | |
| Penicillium / Aspergillus | 1 | 15 | 51 | 51 | 33.3% |
| Smuts/Periconia/Myxomycetes | 1 | 15 | 51 | 51 | 33.3% |
| Stachybotrys/Memnoniella | | | | | |
| Ulocladium | | | | | |
| Unknown | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Hyphal Fragments* | 1 | 15 | 51 | 51 | 33.3% |
| **Total Raw Ct:** | 3 | | **Total sp/m$^3$:** | 153 | |

**Comments**

Campbell000070

AMA Analytical Services, Inc.
Focused On Results.

Accredited Laboratory
Lab ID # 100470

# CERTIFICATE OF ANALYSIS

## ASTM D7391-09 Spore Trap Analysis Report

| | | | | | |
|---|---|---|---|---|---|
| **Chain of Custody:** | 334005 | **Job Name:** | Zand | **Date Submitted:** | 01/31/2022 |
| **Client:** | Arc Environmental | **Job Location:** | 1338 L Street SE | **Person Submitting:** | Brian Cockrell |
| **Address:** | 1311 Haubert Street<br>Baltimore, MD 21230 | **Job Number:** | Not Provided | **Date Analyzed:** | 02/02/2022 |
| | | **P.O. Number:** | Not Provided | **Report Date:** | 02/02/2022 |
| **Attention:** | Ed Rodriguez | | | | |

## Spore Comparison Guide

The criteria for these specifications are outlined, but not limited to those listed, below. Final specifications may differ from the listed criteria for certain samples. AMA Analytical Services, Inc. reserves the right to make changes to these criteria at any time without notice.

| | | | |
|---|---|---|---|
| **Normal ecology** | **Slightly above normal ecology** | **Moderately above normal ecology** | **Substantially above normal ecology** |

| Stachybotrys / Memnoniella, and Chaetomium | Other Spores* (Control Present) | Other Spores* (No Control) |
|---|---|---|
| 1-4 Spores: Yellow<br>5-9 Spores: Orange<br>10+ Spores: Red | < 10 Spores: Insignificant (no color)<br><= Control's spore count: Green<br>Between Control and 2x Control: Yellow<br>Between 2x Control and 3x Control: Orange<br>3x+ Control: Red | < 10 Spores: Insignificant (no color)<br>10-20 Spores: Yellow<br>20-50 Spores: Orange<br>50+ Spores: Red |

*No evalutation is provided for the following spore types: Other, Other Colorless, and Unknown Fungi, and Misc

Interpretation of the data contained in this report is the sole responsibility of the client or the persons who conducted the field work. There are no federal or national standards for the number of fungal spores that may be present in the indoor environment. As a general rule and guideline that is widely accepted in the indoor air quality field, the numbers and types of spores that are present in the indoor environment should be comparable to those that are present outdoors at any given time. There will always be some mold spores present in "Normal" indoor environments. The purpose of sampling and counting spores is to help determine whether an abnormal condition exists within the indoor environment and if it does, to help pinpoint the area of contamination. Spore counts should not be used as the sole determining factor of mold contamination. There are many factors that can cause anomalies in the comparison of indoor and outdoor samples due to the dynamic nature of both of those environments.

This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. Sampling techniques, possible contaminants, unrepresentative samples and other similar or dissimilar factors may affect these results. With the statistical evaluation provided, as with all statistical comparisons and analyses, false-positive and false-negative results can and do occur. AMA Analytical Services, Inc. hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the use or interpretation of the data contained in, or any actions taken or omitted in reliance upon, this report.

Campbell000071

AMA Analytical Services, Inc.
Focused On Results.

Accredited Laboratory · Lab ID # 100470

# CERTIFICATE OF ANALYSIS

## ASTM D7391-09 Spore Trap Analysis Report

| | | | | | |
|---|---|---|---|---|---|
| **Chain of Custody:** | 334005 | **Job Name:** | Zand | **Date Submitted:** | 01/31/2022 |
| **Client:** | Arc Environmental | **Job Location:** | 1338 L Street SE | **Person Submitting:** | Brian Cockrell |
| **Address:** | 1311 Haubert Street<br>Baltimore, MD 21230 | **Job Number:** | Not Provided | **Date Analyzed:** | 02/02/2022 |
| | | **P.O. Number:** | Not Provided | **Report Date:** | 02/02/2022 |
| **Attention:** | Ed Rodriguez | | | | |

## General Comments, Disclaimers, and Footnotes

**Analytical Method:** Sample are analyzed following the instructions and guidelines outlined in ASTM 7391-09.

**Sample Condition:** Acceptable: The sample was collected and delivered to the our location without disturbing the material on the sampling media.
Unacceptable: 1. The sample trace (TR) has been disturbed. 2. The sample was damaged or otherwise unsuitable for analysis.
0 = No particulate matter detected; 1= >nd-~5% Particulate Loading; 2 = ~5%-25% Particulate Loading; 3 = ~25%- 75% Particulate Loading; 4 = ~75%-90% Particulate Loading; 5 = >90% Particulate Loading

**Spore Notes:** Based on their small size and very few distinguishing characteristics, Aspergillus and Penicillium cannot be differentiated by non-viable sampling methods. There are other types of spores whose morphology is similar to Aspergillus and Penicillium and cannot be differentiated by non-viable sampling methods. Examples of these similar spores are Acremonium, Paecilomyces, Wallemia, Trichoderma, Scopulariopsis, and Gliocladium.
Smuts, Periconia and Myxomycetes are three different types of genera that have similar morphological characteristics.
Bipolaris/Dreschlera/Helm: Bipolaris / Dreschlera / Helminthosporium are three different types of genera that have smiliar morphological characteristics.
Other Colorless represents all colorless spores that are non-distinctive and unidentifiable.
*Hyphal Fragments: A portion of the mycelium that becomes separated from the remainder of the thallus (vegetative body), each of which has the capacity to grow and form new individuals. Results for hyphal fragments are in fragments/m3 and are not incorporated in the total spore concentration.
The droplet symbol (💧) refers to water-intrusion indicator spores. These fungal spores, when found on indoor air samples, can be an indication of moisture sources and resultant fungal growth that may be problematic.

**Quantification:** Analytical Sensitivity (A.S.): This is dependent on the volume of air collected, size of the trace, ocular diameter, and the amount of the trace that was analyzed.
The value of "Present" indicated in the Raw Count column represents the presence of this spore type during the preliminary exam at 400x. The Raw Count converts to a whole number if the spore type is encountered again during the 600x-1,000x enumeration. The sp/m3concentration will be reported as less than the analytical sensitivity if "Present" is reported in the Raw Count.
Results are reported to 3 significant figures. sp/m3: Spores per cubic meter.
Uncertainty: for raw count in the range of 0-50 the SR is 0.375, 51-100 SR=0.333, 101-200 SR=0.257, >200 SR=0.245
All results are to be considered preliminary and subject to change unless signed by the Technical Director or Deputy.
**Analyst(s)**: Tristan Ward

**Technical Director** Tristan Ward

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public, and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it is not to be used, in whole or in part, in any advertising or publicity matter without prior written authorization from us. Sample types, locations, and collection protocols are based upon the information provided by the persons submitting them and, unless collected by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client.

Campbell000072

AMA Analytical Services, Inc.
Focused On Results.

# MOLD SPORE DESCRIPTIONS

## Ascospores

Ascospores are spores formed inside an ascus (asci-plural) or sac-like cell which is contained inside a fruiting body called an ascocarp or an ascoma (ascomata-plural). An ascus typically contains a definite nuimber of ascospores, usually eight. Ascospores are unique in shape, size, and color as to the Genus/species they represent. These spores are specific to fungi classified as Ascomycetes. They are ubiquitous in nature. Many decay organic matter, others are plant or animal pathogens. They can grow indoors on damp materials. Release of ascospores are released by forcible ejection and dispersed by wind, water, animals and other agents. Health Effects: Depending on the Genera, Ascospores may be allergenic.

## Basidiospores

Basidiospores are reproductive spores produced by a group of fungi called basidiomycetes. This group includes the mushrooms, shelf fungi and various other macrofungi. Basidipspores serve as the main air (wind) dispersal units for the fungi and their release is dependent upon moisture. The structure of the spore complex can develop in various manners resulting in different appearances. It is often found growing in soil, decaying plant debris, compost piles and fruit rot. Indoors, it can be found on water damaged building materials (chipboard /OSB, plywood, wallpaper, and glue) as well as on food items (dried foods, cheeses, fruits, herbs, spices, cereals). Health effects: Some basidiospores may produce toxins and can act as allergens. They have not been reported to be pathogens.

## Cladosporium

Cladosporium is the most common indoor and outdoor mold. The spores are wind dispersed and are often extremely abundant in outdoor air. Many species are commonly found on living and dead plant material. Indoors, they may grow on surfaces with high moisture or high humidity levels such as damp window sills, poorly ventilated bathrooms and soiled refrigerators. It produces powdery or velvety olive-green to brown or black colonies. The conidia (spores) vary depending on the species and are formed in simple or branching chains with multi-attachment points. Health Effects: Cladosporium species are rarely pathogenic to humans, but have been reported to occassionally cause sinusitis and pulmonary infections as well as infections of the skin and toenails. The airborne spores are significant allergens, and in large amounts they may severely affect asthmatics and people with respiratory diseases.

## Hyphal Fragments

Hyphal Fragments are segments or pieces of hyphae or mycelium that may have broken off during sampling (air, tape, dust). The mycelium is the entire mass of hyphae that makes up the vegetative body of a fungus. The presence of hyphal fragments may indicate the presence of viable mold.

## Penicillium/Aspergillus Like

Penicillium and Aspergillus are ubiquitous, filamentous fungi that are found in soil, decaying plant debris, compost piles, and in the air. Indoors, spores are commonly found in house dust, in water-damaged buildings (wallpaper, wallpaper glue, decaying fabrics, moist chipboards, and behind paint) as well as fruit and grains. They are the most common fungal genera, worldwide. Both produce chains of spores that are small, round to oval, colorless or slightly pigmented, and smooth to rough walled. These spores are indistinguishable between the two as well as other genera, such as Gliocladium, Trichoderma, Paecilomyces, and Scopulariopsis. They differ as to their conidiophores or fruiting bodies. While, Aspergillus spores are produced from phialides supported on conidia heads or swollen vesicles, Penicillium spores are produced on finger-like projections. Depending on species, typical colonies of Aspergillus are initially white and later turn to either shades of green, yellow, orange, brown or black. Texture is usually velvety to cottony. Typical colonies of Penicillium, other than Penicillium marneffei (yeast-like at 37oC), grow rapidly, white in color at first, later becoming bluish green with white borders with velvety to powdery textures depending on species. Some species produce radial patterns. Health Effects: Both Aspergillus and Penicillium are potential allergens. Several species of Aspergillus (A. flavus and A. parasiticus) produce aflatoxins or natually occurring mycotoxins that are toxic and carcinogenic. These are found in contaminated foodstuff and are hazardous to consumers. Penicillium has only one known species that is pathogenic to humans (P. marneffei) that causes lethal systemic infection (Penicilliosis) in immunocompromised individuals.

Campbell0003

AMA Analytical Services, Inc.
Focused On Results.

# MOLD SPORE DESCRIPTIONS

## Smuts/Periconia/Myxomycetes

Smuts, Periconia, and Myxomycetes spores are grouped together due to their similar round, brown morphology. Smuts are outdoor parasitic plant pathogens. They rarely grow indoors but may grow on host plants if appropriate conditions are present. They are parasitic plant pathogens. They can be found on cereal crops, grasses, flowing plants, weed, and other fungi. They can cause allergies. Periconia are found in soils, dead herbaceous stems and leaf spots, and grasses. They have wind dispersed dry spores. Their spores are abundant in the air but it is not known if they are allergenic. Myxomycetes are found on decaying logs, stumps and dead leaves. They have wind-dispersed dry spores and wet motile (amoebic phase) spores. During favorable conditions they move about like amoebae. They form dry airborne spores when conditions are unfavorable. They are rarely found indoors. Health Effects: They may cause Type 1 allergies (hay fever, asthma). No human infections have been reported.

Campbell000074

**AMA Analytical Services, Inc.**
Focused on Results www.amalab.com
AIHA-LAP (#100470) NVLAP (#101143-0) NY ELAP (10920)
4475 Forbes Blvd. • Lanham, MD 20706
(301) 459-2640 • (800) 346-0961 • Fax (301) 459-2643

# CHAIN OF CUSTODY

(Please Refer To This Number For Inquires) 334005

**AMA Client Information:**
1. Client Name: ARC Environmental
2. Address 1: 1311 Harbert
3. Address 2: Balto MD 21230
4. Billing Email:
5. Phone #: 410-659-9971

**Submittal Information:**
1. Job Name: Zayd
2. Job Location: 1338 L st SE
3. Job #: P.O. #:
4. Contact Person: Ed Rodriguez Cell: 301-706-2279
5. Collected by: Brian Cockrell Cell: 443-400-3233

**If a TAT is not provided, AMA will assign a default of 5-Day.** **Reports and Invoices provided by Email only.**

| AFTER HOURS (must be pre-scheduled) | NORMAL BUSINESS HOURS | REPORT TO: |
|---|---|---|
| ☐ 4 Hours ☐ Late Night<br>☐ Immediate Date Due:<br>☐ 24 Hours Time Due:<br>Comments: | ☐ 4 Hours<br>☐ Same Day (6-8 Hours)<br>☐ 1 Day<br>☐ 2 Day<br>☒ 3 Day<br>☐ 5 Day +<br>Date Due: ~~2/2/22~~ 2/3/22<br>☐ Results Required By Noon | ☐ Email 1: Erodriguez@arcenvironmental<br>☐ Email 2: bcockrell@arcenvironmental<br>☐ Email 3: |

**Asbestos Analysis**
*PCM Air – Please Indicate Filter Type:
☐ NIOSH 7400 ____ (QTY)
*TEM Air – Please Indicate Filter Type:
☐ AHERA ____ (QTY)
☐ NIOSH 7402 ____ (QTY)
☐ Other (specify____) ____ (QTY)
PLM Bulk
☐ EPA 600 – Visual Estimate ____ (QTY) ☐ Pos Stop
☐ EPA Point Count ____ (QTY)
☐ NY State Friable 198.1 ____ (QTY)
☐ Grav. Reduction ELAP 198.6 ____ (QTY)
☐ Other (specify____) ____ (QTY)
MISC
☐ Asbestos Soil PLM ____ (Qual) PLM ____ (Quan) PLM/TEM ____ (Qual) PLM/TEM ____ (Quan)

**TEM Bulk**
☐ ELAP 198.4/Chatfield ____ (QTY)
☐ NY State PLM/TEM ____ (QTY)
☐ Residual Ash ____ (QTY)
☐ Vermiculite
TEM Dust*
☐ Qual. (pres/abs) Vacuum/Dust ____ (QTY)
☐ Quan. (s/area) Vacuum D5755-95 ____ (QTY)
☐ Quan. (s/area)Dust D6480-99 ____ (QTY)
TEM Water
☐ Qual. (pres/abs) ____ (QTY)
☐ ELAP 198.2/EPA 100.2 ____ (QTY)
☐ EPA 100.1 ____ (QTY)

☒ All samples received in good condition unless otherwise noted.
(TEM Water samples ____ °C) (For Lab Use Only)

**Metals Analysis**
☐ Pb Paint Chip ☐ % by Weight ____ (QTY) ☐ mg/kg ____ (QTY)
☐ *Pb Dust Wipe ____ (QTY) (Samples collected using ASTM approved media ☐)
☐ *Pb Air ____ (QTY)
☐ Pb Soil/Solid ____ (QTY)
☐ Pb TCLP ____ (QTY)
☐ Drinking Water ☐ Pb ____ (QTY) ☐ Cu ____ (QTY)
☐ Waste Water ☐ Pb ____ (QTY) ☐ Cu ____ (QTY)
☐ Pb Furnace (Media ____ ) ____ (QTY)

**Fungal Analysis**
☒ *Spore-Trap 34 (QTY)
☐ *Surface Swab ____ (QTY)
☐ *Surface Tape ____ (QTY)
☐ Other (Specify____) ____ (QTY)
☐ Surface Vacuum Dust ____ (QTY)
Collection Apparatus for Spore Traps/Air Samples: Buck Bio Slide
Collection Media

If field data sheets are submitted, there is no need to complete bottom section.
*It is recommended that blank samples be submitted with all air and surface samples

| SAMPLE # | SAMPLE INFORMATION SAMPLE LOCATION/ ID | DATE | TIME | VOL (L) (Air Samples) | Wipe Area (Dust Samples) | TEM | PCM | PLM | LEAD | MOLD | COMMENTS / SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1338-1 | Bedroom 1 | 1/31/21 | 9:00 am | 75L | | | | | | ✓ | |
| -2 | Hallway | ↓ | ↓ | ↓ | | | | | | ✓ | |
| -3 | Bedroom 2 | ↓ | ↓ | ↓ | | | | | | ✓ | |
| -4 | Outside | ↓ | — | — | | | | | | | |

| | Print Name | Signature | Date | Time |
|---|---|---|---|---|
| ~~Relinquished by:~~ | B. Cockrell | [signature] | 1/30/22 | 3:30 |
| Received by: | [signature] | [signature] | 1/31/22 | 1517 |

Delivery Information (For Lab Use Only)
☐ UPS ☒ In Person ☐ Other
☐ FedEx ☐ Drop Box
☐ USPS ☐ Courier

inbio
RESEARCH MADE REAL

700 Harris Street
Charlottesville VA, 22903
(434) 984-2304
www.inbio.com

***Inhalable Allergen Analysis Report***
**InBio® Services**

***Arc Environmental Inc.***
Edward Rodriguez
1311 Haubert Street
Baltimore, MD 21230
***PHONE:*** 410-659-9971 ***FAX:*** 443-864-7464

***Date Received:*** 3/21/2022
***Date Assayed:*** 3/22/2022
***Date Reported:*** 3/23/2022 12:35:26 PM

***Batch ID:*** 22-0091M

E=ELISA, M=MARIA, T=Endotoxin, Z=Enzyme

***Project ID#*** Order ID: #3310

**Mus m 1 results reported as nanogram allergen per sample (extracted in 1mL buffer).**

| ***Accession:*** | ***Sample:*** | ***Mouse:*** **Mus m 1** |
|---|---|---|
| 222-0519 | S-1-1 | 0.02 |
| 222-0520 | S-2-1 | 0.05 |
| 222-0521 | S-3-1 | 0.04 |
| 222-0522 | S-4-1 | 0.04 |
| 222-0523 | S-5-1 | 0.01 |

Campbell000076

***NES = Insufficient sample for the assay*** ***Results apply only to the samples tested as provided by the customer.***

***The reporting limit is 0.01 ng/mL for Mus m 1.***

***MARIA® allergen analysis data is aquired using Bio-Plex® 100/200 instrument and Bio-Plex® Manager 6.1 software.***

**Mus m 1 results reported as nanogram allergen per sample (extracted in 1mL buffer).**

| ***Accession:*** | ***Sample:*** | ***Mouse:* Mus m 1** |
|---|---|---|

**Guidelines:*** The following guidelines for Dermatophagoides mite, cat, dog and cockroach allergen levels in house dust have been proposed: 1,2,3,6

| | | MITE Group 1 | CAT/DOG | Bla g 1 | Bla g 2 |
|---|---|---|---|---|---|
| LOW | (not sufficient to cause allergic symptoms) | < 2 µg Mite Group 1/g dust | < 0.2 µg Fel d 1 or Can f 1/g dust | < 0.10 µg Bla g 1/g dust | < 0.20 µg Bla g 2/g dust |
| SIGNIFICANT | (risk for sensitization and bronchial hyperactivity) | 2-10 µg Mite Group 1/g dust | 8-20 µg Fel d 1 or Can f 1/g dust | 0.10-0.80 µg Bla g 1/g dust | 0.20-0.4 µg Bla g 2/g dust |
| HIGH | (risk for acute asthmatic attack) | > 10 µg Mite Group 1/g dust | 1-8 µg Fel d 1 or Can f 1/g dust | >0.80 µg Bla g 1/g dust | > 1 µg Bla g 2/g dust |

**CAT/DOG** The results of two studies have observed that increased exposure to high levels of Fel d 1 and Can f 1 have caused individuals to develop a tolerance, which means that individuals could potentially be exposed to 8-20 µg/g dust and only experience mild allergic symptoms. Individuals with less exposure to high levels of Fel d 1 and Can f 1 (1-8µg/g dust) may experience more severe allergic symptoms. 2,4,6

**COCKROACH** Some investigators feel that any detectable level of cockroach allergen is clinically significant because its presence identifies a building in which persons who are cockroach allergic are at risk to develop symptoms because of exposure. 5,6


1. J. Allergy Clin Immunol 1989; 83:416-427.
2. Amer Rev Respir Dis 1990; 141:361-367
3. Amer Rev Respir Dis 1993; 147:573-578
4. Amer J Res Crit Care Med 1997; 155:94-98
5. J. Allergy Clin Immunol 1997; 100:S1-S24
6. Pediatric Allergy Principles and Practice 2003; 261-68


* This report furnishes information only and is not intended to be an interpretation of the results. Whether an individual suffers allergic symptoms or not depends not only on the level of allergens in his/her environment but also on his/her medical history and previous exposure.

***Uncertainty of Measurement for MARIA®:***

| Der p 1 | Der f 1 | Mite Group 2 | Fel d 1 | Can f 1 | Rat n 1 | Mus m 1 | Bla g 2 |
|---|---|---|---|---|---|---|---|
| 22.4 | 24.2 | 32.4 | 31.7 | 22.8 | 31.8 | 23.7 | 26.7 |

*Allergen quantification using the MARIA® multiplex method is based on calibration standards formulated from purified natural or recombinant allergens, with concentration determined by Amino Acid Analysis. Allergen concentrations determined using this method, and as provided in this Allergen Analysis Report, including limits of detection, are subject to the measurement uncertainty shown in the chart above (expressed as a percentage). For example, a reported value of 10µg/g Der p 1 could range from 7.76 to 12.24µg/g.*

***Report reviewed and approved by:***
***Stephanie Filep, BS***
***Director of Laboratory Services***

Stephanie Filep

**CONFIDENTIALITY NOTICE:** This report may contain confidential or privileged information that is solely for the use of the intended recipient(s). If they have come to you in error you must take no action based on them, nor must you copy or communicate them to anyone. Please notify us immediately and delete this communication.

***NES = Insufficient sample for the assay***

***Results apply only to the samples tested as provided by the customer.***

***The reporting limit is 0.01 ng/mL for Mus m 1.***

*MARIA® allergen analysis data is aquired using Bio-Plex® 100/200 instrument and Bio-Plex® Manager 6.1 software.*

# Appendix B

# Photographic Log



View of insulation in attic area of residence



Access hatch from top level to attic area



View of Bedroom with water staining on ceiling above window



View of top level of residence during renovation when all ceilings and walls were removed