# Exhibit 13

## John Campbell Declaration

Declaration of John Campbell

1. My name is John Campbell and I was born on January 14, 1983.
2. I resided at 1338 L St SE, Washington, D.C. 20003 ("home") from July of 2020 until July of 2023 with my domestic partner at the time, Liza Zamd. Until the evening of December 21, 2020, I had not experienced any difficulties breathing in our home, or had any headaches or health issues related to the home, and I never saw Liza have any such issues either.
3. I've been in the home's unfinished attic numerous times, both before Lambright Pest Control (LPC) did its work, and after. Before LPC did its work, the fiberglass attic insulation was filthy and covered with dust and debris from a new roof.
4. The attic roof has not changed at any point between July 2020 and the present.
5. Climbing the step ladder from the third floor to the attic takes very little time--about five seconds.
6. The home's attic is roughly the same footprint--length and width--as the rest of the home. With the fiberglass insulation installed, it was possible for me to walk on the joists between the batts of insulation.
7. The large, central part of the attic--which includes the step ladder access point to the home's third floor living space--is tall enough for me at 5'11'' to stand up straight and the roof is still several inches above my head.
8. The tall point of the home's attic roof extends the width of the attic (about 12 feet) and for about 13 feet length-wise (which is oriented east-west). On both the east and west end of the attic, the roof gradually slopes down such that by where the soffits are, I would need to crouch down to avoid hitting my head.
9. Since I met Liza in 2019, she has had a poor sense of smell. For example, she often cannot smell things I can readily smell, like fragrant flowers.
10. Since I met Liza in 2019, she has had very sensitive lungs. For example, before we moved in together, she had difficulty breathing in a specific corner of a room in my old apartment. We did not know why. Then, when I moved out, I found mold behind a piece of furniture in the part of the room where Liza had problems breathing, so we think that is why she had issues in that part of the room.
11. When the Covid pandemic began, Liza and I were particularly scared of Liza getting sick because of her preexisting health issues. This was most acute before the Covid vaccines became available to us in the spring of 2021.
12. Liza is on friendly terms with the HOA members, but it was clear to me that she has a more distant relationship with Karen Harris based on what Liza said and how little they interacted when I lived at the home from 2020-2023, despite them being nextdoor neighbors. I did not have any relationship with any of the HOA members, except Liza.
13. In December of 2020, Liza told me that Karen Harris referred a contractor, Lambright Pest Control (LPC), to the full HOA members because Ms. Harris saw mice in her home.

14. Once Liza and I heard mice in the attic in December of 2020, we ended up contracting with LPC but we had not known whether Karen Harris did. We did not learn that Ms. Harris was dissatisfied with LPC's work until December 29, 2020, when Liza complained to the HOA about LPC's work. Similarly, we did not learn that Ms. Harris contested the credit card charge for LPC's services until Mr. Lambright stated it in his 30(b)(6) deposition in November of 2023.
15. At some point during the day on December 21, 2020, I looked outside the glass door on the 2nd floor and saw unbagged insulation in front of the home, but I did not know at the time whether it had been bagged inside the attic and then just emptied in front of the home, or whether it was never bagged.
16. On December 21, 2020 (and in the week after) it got down below 40 degrees in D.C., but the HVAC was off in the home the day of LPC's work because they'd be keeping the juliet doors open.
17. On December 21, 2020, after LPC finished their services, neither Liza nor I immediately realized the extent of the dust and debris we'd be dealing with on the third floor of the home. It was not until the dust returned after we cleaned, and then spread through the HVAC to other floors, did we understand that LPC's not bagging the attic insulation was not just a cleaning annoyance, but rather that it was causing an environmental disaster in our home. I had never seen or heard of anything like this happening before.
18. After LPC ruined the third floor of our home in a way that we could not fix--despite hiring experts and trying DIY fixes like washing walls, using primer, and keeping the exterior doors and window open on that floor--we tried a Hail Mary attempt to address the issue by taking the third floor down to the studs.
19. Even after N&R construction removed the drywall, we still kept the exterior doors and window on the third floor open when the construction crew was not present, since we were unsure whether the contaminants could have possibly been on the floors, which we did not replace (although thankfully, we had rugs covering most of the hallway and exercise room, but we had to throw away those rugs because the environmental cleaning company could not rid them of their bad smell that started after LPC did their attic insulation work in the home).
20. I was puzzled when I read Martin Upchurch's report blaming the plants for Liza and my breathing issues since we never had any problems breathing around our plants. Notably, we did not have plants on the third floor until *after* LPC did their remediation. As I mentioned in my deposition (which Mr. Upchurch references), Liza and I moved some plants from the first/second floors to the third floor after Liza and I had difficulties breathing following LPC's work because we read that plants scrub the air, so we were hoping the plants could help with the air quality. Right before the construction began in February 2020, we moved the plants back down to the second and first floors (after cleaning the leaves) and we never had breathing problems. In other words, the plants never caused us breathing problems before LPC and did not cause us problems after the

construction started. It was therefore unclear to me how the plants could have factored in to the issue.

21. Liza and I never had wallpaper or malt extract agar in the home. Prior to approximately April 2022, we also did not have any silicone gel. However, even after we used silicone gel in the home in April 2022, we never had any breathing or health issues.
22. When it came to replacing household or personal objects (clothing, rugs, furniture, etc.) ruined by the dust--or the terrible smell that came with the dust, which we could not get out of many items--we were very modest in our replacement purchases. For example, we got our replacement clothing and furniture used, where possible. For things we needed to buy new, we waited until they were on sale. I was especially disappointed that I could not replace a vintage wooden chest of drawers that I was particularly attached to, and that we got a piece of IKEA furniture instead.
23. The effects of the LPC contamination also impacted my personal life. For example, the stress of living in the basement, buying replacement items for which Liza and I sometimes disagreed, making decisions about tedious details involving the third floor construction, and the uncertainty of whether the contamination would impact our health long-term, put a strain on my and Liza's romantic relationship.
24. Liza and I tried to settle this matter twice before filing the Complaint and then again during discovery, but Defendants never made a single settlement offer.
25. To date, our attorney has spent over 300 hours on this matter which at the Laffe matrix rate of $948/hour, would be over $280,000 in attorney's fees, which does not include our litigation costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

John Campbell

12/5/24
Date