**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOHN CAMPBELL and LIZA ZAMD,

Plaintiffs,

v.

LAMBRIGHT PEST CONTROL SERVICES, INC. and TYRONE LAMBRIGHT, SR.

Defendants.

CASE NO. 1:23-cv-1132 (TJK)
JURY DEMANDED

**[PROPOSED] ORDER**

Before this Court is Plaintiffs' Motion *in Limine* to Exclude Testimony and Disqualify Martin Upchurch. This issue has been argued and fully briefed. Because Mr. Upchurch fails to meet any of the requirements of Rule 702, this Court hereby GRANTS Plaintiffs' Motion and ORDERS that Mr. Upchurch is excluded from offering opinion or testimony in this case.

SO ORDERED.

____________________________
TIMOTHY J. KELLY
United States District Judge

Date: __________________