IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIZA ZAMD AND JOHN CAMPBELL,

Plaintiffs,

v. Case No. 1:23-cv-1132

LAMBRIGHT PEST CONTROL SERVICES, INC. AND TYRONE LAMBRIGHT, SR.,

Defendants.

**JOINT MOTION TO STAY DEADLINES**

Defendants Lambright Pest Control Services, Inc. and Tyrone Lambright, Sr., by undersigned counsel, and Plaintiffs, Liza Zamd and John Campbell, by undersigned counsel, state as follows for their Joint Motion to Stay Deadlines:

1. On December 5, 2024, Plaintiffs filed a Motion in Limine to Exclude Testimony and Disqualify Martin Upchurch (ECF #13) and a Motion for Partial Summary Judgment as to Liability (ECF #14). The deadline for Defendants' responses to these motions is January 13, 2025, and the deadline for Plaintiffs' reply is February 3, 2025.

2. Plaintiffs and Defendants have been engaged in good faith settlement discussions for the past month. In an effort to continue these discussions and avoid the time and expense of further briefing, the parties seek a thirty (30) day stay of the January 13, 2025, deadline for Defendants to respond to Plaintiffs' motions, and thirty (30) days for any reply thereto by Plaintiffs.

3. Thus, Defendants' new deadline to respond to Plaintiffs' motions would be February 12, 2025. Plaintiffs' new deadline for any reply thereto would be March 14, 2025.

4. This motion serves the interests of judicial economy and does not prejudice any party. No other deadlines currently exist in this case.

WHEREFORE, for the reasons stated above, Defendants Lambright Pest Control Services, Inc. and Tyrone Lambright, Sr., by counsel, and Plaintiffs Liza Zamd and John Campbell, by counsel, move this Court to extend the remaining deadlines as set forth in their proposed order.

Respectfully submitted:

**LAMBRIGHT PEST CONTROL SERVICES, INC. AND TYRONE LAMBRIGHT, SR.**

By Counsel

/s/ Britton R. Wight
Britton R. Wight (D.C. Bar No. 1021972)
Counsel for Lambright Pest Control
Services, Inc. and Tyrone Lambright, Sr.
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwight@hccw.com

**LIZA ZAMD AND JOHN CAMPBELL**

By Counsel

/s/ Phil Telfeyan
Phil Telfeyan (D.C. Bar No. 1029157)
400 7th Street, NW, Suite 602
Washington, DC 20004
202-505-2058 - Phone
phil@telfeyan.love

# CERTIFICATE

I hereby certify that on the 8th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the NextGen CM/ECF system, which will send notification of such filing to the following:

Phil Telfeyan, Esq.
400 7th Street, NW, Suite 602
Washington, DC 20004
202-505-2058 - Phone
phil@telfeyan.love

/s/ Britton R. Wight
Britton R. Wight (D.C. Bar No. 1021972)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 - Phone
804-747-6085 - Fax
bwight@hccw.com