IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIZA ZAMD AND JOHN CAMPBELL,

Plaintiffs,

v. Case No. 1:23-cv-1132

LAMBRIGHT PEST CONTROL SERVICES, INC. AND TYRONE LAMBRIGHT, SR.,

Defendants.

**ORDER**

**THIS CAUSE** came before the Court on the parties Joint Motion to Extend Deadlines ("Motion"), filed on January 8, 2025, and for good cause shown, it is this _____ day of ______________, 2025, hereby,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Scheduling Order is hereby modified as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | January 13, 2025 | February 12, 2025 |
| Plaintiffs' Reply | February 3, 2025 | March 14, 2025 |

_____________________________________
Judge